B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California - Los Angeles Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**DBA AVP, Inc.** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**95-4868964** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**960 Knox Street, Suite A**<br>**Torrance, CA**　　　　　　　ZIP Code **90502** | Street Address of Joint Debtor (No. and Street, City, and State):　　　　　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　　　　　　ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Ian S. Landsberg, Esq.** _____
Signature of Attorney for Debtor(s)

**Ian S. Landsberg, Esq. 137431**
Printed Name of Attorney for Debtor(s)

**LANDSBERG & ASSOCIATES, A Professional Law Corporation**
Firm Name

**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**

_____
Address

**Email: ilandsberg@landsberg-law.com**
**(818) 705-2777  Fax: (818) 705-3777**
Telephone Number

**October 29, 2010            137431**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Justin Kamm** _____
Signature of Authorized Individual

**Justin Kamm**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**October 29, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball
Professionals, Inc.

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Beiersdorf, Inc.**<br>**187 Danbury Road**<br>**Wilton, CT 06897** | **Beiersdorf, Inc.**<br>**187 Danbury Road**<br>**Wilton, CT 06897** | **Sponsorship prepayment** | | **1,059,333.34** |
| **E. & J. Gallo Winery**<br>**Barefoot Cellars**<br>**600 Yosemite Blvd**<br>**Modesto, CA 95354** | **E&J Gallo Winery**<br>**Barefoot Cellars**<br>**600 Yosemite Blvd**<br>**Modesto, CA 95354** | **Sponsorship prepayment** | **Unliquidated** | **260,417.00** |
| **ESPN, Inc. Advertising Sales**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** | **ESPN, Inc. Advertising Sales**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** | **Airtime advertising purchase** | **Disputed** | **300,000.00** |
| **Gatorade**<br>**555 West Monroe, Ste 10-2**<br>**Chicago, IL 60661** | **Gatorade**<br>**555 West Monroe, Ste 10-2**<br>**Chicago, IL 60661** | **Sponsorship prepayment** | **Unliquidated** | **240,208.33** |
| **Giants Enterprises**<br>**Atten: Jana Steel**<br>**24 Wallie Mays Plaza**<br>**San Francisco, CA 94107** | **Giants Enterprises**<br>**Atten: Jana Steel**<br>**24 Wallie Mays Plaza**<br>**San Francisco, CA 94107** | **Lot rental** | **Disputed** | **30,000.00** |
| **Jason Whitney Hodell**<br>**300 Gold Brush Way**<br>**Pasadena, MD 21112** | **Jason Whitney Hodell**<br>**300 Gold Brush Way**<br>**Pasadena, MD 21112** | **Severance** | | **130,000.00** |
| **JDUB Productions Inc.**<br>**728 N. Paulina Ave.**<br>**Redondo Beach, CA 90277** | **JDUB Productions Inc.**<br>**728 N. Paulina Ave.**<br>**Redondo Beach, CA 90277** | **TV Production services** | | **45,000.00** |
| **John Paul Mitchell Systems**<br>**20705 Centre Pointe Parkway**<br>**Santa Clarita, CA 91350** | **John Paul Mitchell Systems**<br>**20705 Centre Pointe Parkway**<br>**Santa Clarita, CA 91350** | **Sponsorship prepayment** | | **133,445.67** |
| **Johnsonville Sausages LLC**<br>**N6928 Johnsonville Way**<br>**Sheboygan Falls, WI 53085** | **Johnsonville Sausages LLC**<br>**N6928 Johnsonville Way**<br>**Sheboygan Falls, WI 53085** | **Sponsorship prepayment** | | **229,166.67** |
| **KFC National Council and Advertising Cooperative, Inc.**<br>**Attention: Alan Forsythe**<br>**1941 Bishop Lane, Suite 1000**<br>**Louisville, KY 40218** | **KFC National Council & Advertising**<br>**1941 Bishop Lane, Suite 1000**<br>**Louisville, KY 40218** | **Sponsorship prepayment** | | **73,750.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.**           Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Leverage PR, LLC Attn: Stuart Goldstein 597 Fifth Avenue, 4th Floor New York, NY 10017** | **Leverage PR, LLC Attn: Stuart Goldstein 597 Fifth Avenue, 4th Floor New York, NY 10017** | **Agency sales commission** | **Disputed** | **260,314.00** |
| **Louisiana Transportation Inc. P.O. Box 71934 Cincinnati, OH 45271-2934** | **Louisiana Transportation Inc. P.O. Box 71934 Cincinnati, OH 45271-2934** | **Trucking services** | | **46,826.65** |
| **Murphy Productions, Inc. 20351 Irvine Ave., Suite C-5 Newport Beach, CA 92660** | **Murphy Productions, Inc. 20351 Irvine Ave., Suite C-5 Newport Beach, CA 92660** | **Stadium building** | | **76,509.71** |
| **Ontario/Acacia Investors c/o Ruby Management Company 11845 W. Olympic Blvd., Suite 1200 Los Angeles, CA 90064** | **Ontario/Acacia Investors c/o Ruby Management Company 11845 W. Olympic Blvd., Suite 1200 Los Angeles, CA 90064** | **Commercial lease - Office (August through October)** | **Unliquidated Disputed** | **47,044.15** |
| **Pernod Ricard USA 401 Park Avenue South, 7th Floor New York, NY 10016** | **Pernod Ricard USA 401 Park Avenue South, 7th Floor New York, NY 10016** | **Sponsorship prepayment** | | **84,916.67** |
| **RJSM Partners, LLC 660 Madison Avenue, 17th Floor New York, NY 10065** | **RJSM Partners, LLC 660 Madison Avenue, 17th Floor New York, NY 10065** | **Business expense reimbursment** | | **220,000.00** |
| **Rockstar, Inc. P.O. Box 27740 Las Vegas, NV 89126** | **Rockstar, Inc. P.O. Box 27740 Las Vegas, NV 89126** | **Sponsorship prepayment** | | **75,731.31** |
| **Sierra Wireless America 2200 Faraday Avenue, Suite 150 Carlsbad, CA 92008** | **Sierra Wireless America 2200 Faraday Avenue, Suite 150 Carlsbad, CA 92008** | **Sponsorship prepayment** | | **40,000.00** |
| **U.S. Marketing & Promotions Agency, 4721 Alla Road Marina Del Rey, CA 90292** | **U.S. Marketing & Promotions Agency, 4721 Alla Road Marina Del Rey, CA 90292** | **Event promotion fees/expenses** | | **570,946.68** |
| **United Site Services, Inc. P.O. Box 5502 Binghamton, NY 13902-5502** | **United Site Services, Inc. P.O. Box 5502 Binghamton, NY 13902-5502** | **Fencing/portable facilities** | | **32,267.25** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **AVP Pro Beach Volleyball Tour, Inc. fka Association of
Volleyball Professionals, Inc.**              Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 29, 2010**                Signature  **/s/ Justin Kamm**
                                                      **Justin Kamm**
                                                        **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**

                                                    Case No. _____

                                        Debtor      ,       Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **AMTrust International Insurance LTD**<br>**1051 Mill Run Circle**<br>**Owings Mills, MD 21117** | **Common Stock** | **3,529,410 Shares** | |
| **Andy Sturner**<br>**100 Golden Beach Drive**<br>**North Miami Beach, FL 33160** | **Common Stock** | **8,415 Shares** | |
| **Ben Horowitz**<br>**171 Shelby Ln.**<br>**Atherton, CA 94027** | **Common Stock** | **8,415 Shares** | |
| **Blue Rhino Investments/Velma Iva**<br>**7349 Peeble Court**<br>**Longmont, CO 80503** | **Common Stock** | **39,530 Shares** | |
| **Brett Yormark**<br>**c/o Nets Basketball**<br>**390 Murray Hill Parkway**<br>**East Rutherford, NJ 07073** | **Common Stock** | **1,546 Shares** | |
| **Carol Ann Taliercion**<br>**155 Maxine Court**<br>**Oceanside, NY 11572** | **Common Stock** | **1 Share** | |
| **CEDE & Co.**<br>**PO Box 20**<br>**Bowling Green Stn.**<br>**New York, NY 10274** | **Common Stock** | **10,778,492 Shares** | |
| **Charles E. Powell**<br>**3027 N. Gilbert Road**<br>**Mesa, AZ 85203** | **Common Stock** | **1 Share** | |
| **Craig C. Ewert**<br>**233 College Street**<br>**Crystal Lake, IL 60014** | **Common Stock** | **1 Share** | |
| **Craig Rosmarin Cust**<br>**4 Gerda Ln.**<br>**Harrison, NY** | **Common Stock** | **100 Shares** | |
| **Diana Dominick**<br>**404 Teakill Drive**<br>**Northvale, NJ 07647** | **Common Stock** | **50 Shares** | |

  __5__ continuation sheets attached to List of Equity Security Holders

In re   **AVP Pro Beach Volleyball Tour, Inc. fka Association**        Case No. _____
       **of Volleyball Professionals, Inc.**

_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eamon Mcconnell**<br>**69A Castellana**<br>**London Swis 9RT**<br>**ENGLAND** | **Common Stock** | **79,059.00 Shares** | |
| **Exchange Control for Class T02**<br>**c/o Computershare Shareholder SVCS**<br>**250 Royall Street**<br>**Canton, MA 02021-1011** | **Common Stock** | **76,850 Shares** | |
| **Excite@Home**<br>**900 East Hamilton Avenue, Ste. 100**<br>**Campbell, CA 95008** | **Common Stock** | **84,147 Shares** | |
| **Fox Sports Net Inc.**<br>**10201 West Pico Boulevard**<br>**Bldg. 103, Ste. 3143**<br>**Los Angeles, CA 90035** | **Common Stock** | **2,345,260 Shares** | |
| **Golden Boy  Enterprises LLC**<br>**626 Wilshire Boulevard, Sute 350**<br>**Los Angeles, CA 90017** | **Common Stock** | **67,318 Shares** | |
| **Grossman Family Trust**<br>**1342 E 5th Street**<br>**Brooklyn, NY 11230** | **Preferred Stock** | **736 Shares** | |
| **Heather Neaverson**<br>**PO Box 283**<br>**Kerikeri Bay of Islands 0470**<br>**NEW ZELAND** | **Common Stock** | **1 Share** | |
| **Highbridge International LLC**<br>**9 West 57th Street**<br>**27th Floor**<br>**New York, NY 10019** | **Preferred Stock** | **29,472 Shares** | |
| **Jean Moore**<br>**510 Cedar Avenue N**<br>**Hudson, WI 54016** | **Common Stock** | **150 Shares** | |
| **Jeff Berg**<br>**8942 Wilshire Boulevard**<br>**3rd Floor**<br>**Beverly Hills, CA 90211** | **Common Stock** | **33,359 Shares** | |
| **Jeff Moorad**<br>**1244 Cave Street**<br>**La Jolla, CA 92037-3601** | **Common Stock** | **25,244 Shares** | |

Sheet __1__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**        Case No. _____
        **of Volleyball Professionals, Inc.**
                                                 ,
                           Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeff Treuhaft**<br>**2680 Yorktown Drive**<br>**Mountain View, CA 94040** | **Common Stock** | **8,415 Shares** | |
| **Joan Naylor**<br>**548 Victoria Ter.**<br>**Fort Lauderdale, FL 33301** | **Common Stock** | **100 Shares** | |
| **John Scheffel**<br>**610  Montclair Drive, Apt. B**<br>**Wilmington, NC 28403-8430** | **Common Stock** | **200 Shares** | |
| **Kathy Vrabeck**<br>**11 Via Emilia**<br>**Newport Coast, CA 92657** | **Common Stock** | **4,577 Shares** | |
| **Kay Koplovitz**<br>**145 Central Park Weat**<br>**NBR 24C**<br>**New York, NY 10023** | **Common Stock** | **33,659 Shares** | |
| **Ken Stewart**<br>**6613 N. Lagoon Drive**<br>**Panama City, FL 32408-3730** | **Common Stock** | **100  Shares** | |
| **Kristina Maria Dyer**<br>**& Ian Scott Dyer Ten Com**<br>**806 E. Pico Avenue I-260**<br>**San Clemente, CA 92673** | **Common Stock** | **150,000 Shares** | |
| **Lara Hodgson**<br>**2224 Northside Drive**<br>**Atlanta, GA 30305** | **Common Stock** | **11,514 Shares** | |
| **Laurie Coots**<br>**11043 Barman Avenue**<br>**Culver City, CA 90230** | **Common Stock** | **8,415 Shars** | |
| **Lawrence Berk**<br>**15 W. 53rd Street**<br>**Apartment 28D**<br>**New York, NY 10019-5401** | **Common Stock** | **24,765.00 Shares** | |
| **Lee Clow**<br>**37 Marguerita Drive**<br>**Rancho Palos Verdes, CA 90275** | **Common Stock** | **8,415 Shares** | |
| **Leigh Steinberg**<br>**1280 Bison Avenue**<br>**Newport Beach, CA 92660-4258** | **Common Stock** | **84,147 Shares** | |

Sheet  **2**  of  **5**  continuation sheets attached to the List of Equity Security Holders

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**    Case No. _____
      **of Volleyball Professionals, Inc.**
                                             ,
                                   Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lew Wolff**<br>**11828 La Grande Avenue, Suite 200**<br>**Los Angeles, CA 90025** | **Common Stock** | **8,415.00 Shares** | |
| **Louis Melito**<br>**33 Central Boulevard**<br>**Merrick, NY 11566** | **Common Stock** | **100 Shares** | |
| **Mike Homer**<br>**242 Atherson Avenue**<br>**Atherton, CA 94027** | **Common Stock** | **84,147 Shares** | |
| **MLB Advanced Media LP**<br>**75 Ninth Avenue**<br>**New York, NY 10011** | **Common Stock** | **400,000 Shares** | |
| **Mohammed Aref**<br>**506 El Medio Avenue**<br>**Pacific Palisades, CA 90272** | **Common Stock** | **8,415 Shares** | |
| **National Broadcast Company Inc.**<br>**30 Rockefeller Plaza, Ste. 1541E**<br>**New York, NY 10065** | **Common Stock** | **638,595 Shares** | |
| **Neal Grossman**<br>**768 Cedar Point Place**<br>**Thousand Oaks, CA 91362** | **Common Stock** | **8,415 Shares** | |
| **Patt Connolly**<br>**2140 Clayton Drive**<br>**Menlo Park, CA 94025** | **Common Stock** | **8,415 Shares** | |
| **Peter Godfrey**<br>**128 Beachside Avenue**<br>**Westport, CT 06880** | **Common Stock** | **16,829 Shares** | |
| **Philip Guarascio**<br>**c/o National Football League**<br>**280 Park Avenue**<br>**New York, NY 10017** | **Common Stock** | **8,835 Shares** | |
| **Phillip Polishook**<br>**14928 La Cumbre Drive**<br>**Pacific Palisades, CA 90272** | **Common Stock** | **2,100 Shares** | |
| **Quincy Jones**<br>**3800 Barham Boulevard**<br>**Ste. 503**<br>**Los Angeles, CA 90068** | **Common Stock** | **16,829 Shares** | |

Sheet __3__ of __5__ continuation sheets attached to the List of Equity Security Holders

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**       Case No. _____
        **of Volleyball Professionals, Inc.**
                                                   ,
                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Randall Chafetz**<br>**14 E. 7th Street, Apartment 90**<br>**New York, NY 10021** | **Common Stock** | **2,000 Shares** | |
| **Richard Nanula**<br>**6325 Sea Star Drive**<br>**Malibu, CA 90265** | **Common Stock** | **16,829 Shares** | |
| **RJSM Partners, LLC**<br>**660 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10065** | **Common Stock** | **50,000,000 Shares** | |
| **RJSM Partners, LLC**<br>**660 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10065** | **Preferred Stock** | **50,000 Shares** | |
| **Rob Glaser**<br>**2601 Elliot Avenue**<br>**Seattle, WA 98121** | **Common Stock** | **50,488 Shares** | |
| **Robert Raleigh**<br>**11510 E. Dorado Avenue**<br>**Englewood, CO 08011** | **Common Stock** | **19,765 Shares** | |
| **Robert Tucker**<br>**31033 Buttermilk Court**<br>**Evergreen, CO 80439** | **Common Stock** | **79,059 shares** | |
| **Robin Richards**<br>**23920 Linden Terrace**<br>**Calabasas, CA 91302** | **Common Stock** | **8,415 Shares** | |
| **Ron Conway**<br>**2000 Washington Street**<br>**NBR 3**<br>**San Francisco, CA 94109** | **Common Stock** | **50,488 Shares** | |
| **Shai Stern**<br>**43 Maple Avenue**<br>**Cedarhurst, NY 11516** | **Common Stock** | **19,765 Shares** | |
| **Shaquille O'Neal**<br>**21650 Oxnard Street, Ste. 1950**<br>**Warner Center Plaza**<br>**Woodland Hills, CA 91367** | **Common Stock** | **67,318 Shares** | |
| **State Controller State of CA**<br>**Bureau of Unclaimed Property**<br>**3301 C Street, Suite 700**<br>**Sacramento, CA 95816** | **Common Stock** | **300 Shares** | |

Sheet   **4**   of   **5**   continuation sheets attached to the List of Equity Security Holders

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**
     **of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Stephen A. Unger**<br>**The Unger Family Trust**<br>**c/o Kathleen Unger**<br>**27 Sea Colony Drive**<br>**Santa Monica, CA 90405** | **Common Stock** | **16,829 Shares** | |
| **Stephen Caragol**<br>**26025 Vista Valley Court**<br>**Steamboat Springs, CO 80487** | **Common Stock** | **53,000 Shares** | |
| **Stephen Galat**<br>**1950 S. Ocean Drive, Apt. 19G**<br>**Hallandale, FL 33009** | **Common Stock** | **100 Shares** | |
| **Stetson Capital Fund LP**<br>**c/o Theresa Kobel**<br>**Davis Polk & Wardell**<br>**450 Lexington Avenue, Rm. 1260**<br>**New York, NY 10017** | **Common Stock** | **33,659 Shares** | |
| **Steve Rifkind**<br>**8750 Wilshire Boulevard, 2nd Floor**<br>**Beverly Hills, CA 90211** | **Common Stock** | **8,415 Shares** | |
| **Susan L Salmela**<br>**& Anthony R Rossini**<br>**The Ray Rossini Family Trust**<br>**215 Tenth Avenue S, Unit 502**<br>**Minneapolis, MN 55415** | **Common Stock** | **150 Shares** | |
| **Tom Carroll**<br>**86 Halstead Place**<br>**Rye, NY 10580** | **Common Stock** | **8,415 Shares** | |
| **Tracey Murrey**<br>**18 Hilltop Rise**<br>**Farmhill**<br>**Douglas IM2 2LE**<br>**UNITED KINGDOM** | **Common Stock** | **2 Shares** | |
| **William Chardavoyne**<br>**1721 Elm Avenue**<br>**Manhattan Beach, CA 90266** | **Common Stock** | **23,704 Shares** | |
| **William Marovitz**<br>**2800 North Lakeshore Dr.**<br>**Chicago, IL 60657** | **Common Stock** | **16,829 Shares** | |
| **Zanon Jordan & Co PC**<br>**22 Saw Mill River Road**<br>**Hawthorne, NY 10532-1533** | **Common Stock** | **100 Shares** | |

Sheet  **5**  of  **5**  continuation sheets attached to the List of Equity Security Holders

In re      **AVP Pro Beach Volleyball Tour, Inc. fka Association**                    Case No. _____
      **of Volleyball Professionals, Inc.**

      _____,
                                Debtor


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**October 29, 2010**_____          Signature_**/s/ Justin Kamm**_____
                                                                  **Justin Kamm**
                                                                  **Chief Executive Officer**


      *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                       18 U.S.C §§  152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **AVP, Inc.**
    **Chapter 11, Filed 10/29/2010 in Central District of California, Los Angeles Division**
    **Debtor is a subsidiary of AVP, Inc.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **AVP, Inc.**
    **Chapter 11, Filed 10/29//2010 in Central District of California, Los Angeles Division**
    **Debtor is a subsidiary of AVP, Inc.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  __Encino_____ , California.

Dated  __October 29, 2010_____

/s/ Justin Kamm_____
**Justin Kamm**
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                    Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.**

Case No. _____

_____,

Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 183,957.38 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 200,765.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 57 | | 4,773,364.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 70 | | | |
| Total Assets | | | 183,957.38 | | |
| Total Liabilities | | | | 4,974,130.33 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

Chapter _____ **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**    Case No. _____
         **of Volleyball Professionals, Inc.**
                                                            ,
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**          Case No. _____
         **of Volleyball Professionals, Inc.**
                                                                    ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **(1) City National Bank** **Business Checking Account** **AVP Pro Beach Volleyball Tour Inc.** **Business Checking Account No.  113254114** | - | 23,523.96 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Letter of Credit with Landlord (for 960 Knox Street, Unit A)** **Ontario/Acacia Investors** **c/o  Ruby Management Company** **11845 W. Olympic Blvd., Ste. 1200** **Los Angeles, CA  90064** | - | 90,933.42 |
| | | **Security deposit with Landlord (for 1730 W. 139th Street)** **Select Forest Products, LLC** **1730 W. 139th Street** **Gardena, CA  90249** | - | 4,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          118,957.38
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**    Case No. _____
         **of Volleyball Professionals, Inc.**
                                                              ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet ___1___ of ___3___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**          Case No. _____
      **of Volleyball Professionals, Inc.**
                                             ,
                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Various trademarks, copyrights and other intellectual property.  Market value to be determined.** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **7 Trailers (between 48 feet to 53 feet each):**<br><br>**1989 Kentucky Trailer**<br>**1993 Monon Trailer**<br>**1979 Theurer Trailer**<br>**1999 Wabash Trailer**<br>**1989 Fruehauf Trailer**<br>**1985 Wilson Trailer**<br>**Pace America** | - | 35,000.00 |
| | | **2006 Polaris All-Terrain Vehicle** | - | 1,000.00 |
| | | **2008 Kubota Tractor 4WD** | - | 4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furniture, computers, information technology equipment and video editing equipment.** | - | 25,000.00 |
| | | | Sub-Total > <br>(Total of this page) | 65,000.00 |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **AVP Pro Beach Volleyball Tour, Inc. fka Association**                    Case No. _____
        **of Volleyball Professionals, Inc.**
                                                    ,
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Website www.avp.com Market value to be determined.** | **-** | **Unknown** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **183,957.38** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**

Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__  continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**                                    Case No. _____

_____ ,
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**3**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**
Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **CEMANC01**<br><br>**Canyon Ceman**<br>**1223 Wilshire Blvd. #854**<br>**Santa Monica, CA 90403** | - | | **2010**<br><br>**Sales commission** | | | | 2,118.37 | 2,118.37 / 0.00 |
| Account No. **HODELL01**<br><br>**Jason Whitney Hodell**<br>**300 Gold Brush Way**<br>**Pasadena, MD 21112** | - | | **8/16/2010**<br><br>**Severance** | | | | 130,000.00 | 0.00 / 130,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — **2,118.37** / **132,118.37** / **130,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**                     Case No. _____

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. **CHICAG03** | | | | Permit Fee | | | | | | |
| **Chicago Park District** **541 North Fairbanks Ct.** **Chicago, IL 60611** | - | | | | | X | X | | 14,535.00 | |
| | | | | | | | | 14,535.00 | | 0.00 |
| Account No. **CITYOF03** | | | | 7/7/2010 | | | | | | |
| **City of Huntington Beach** **Attn: Chris Cole** **1706 Orange Ave.** **Huntington Beach, CA 92648** | - | | | City fees | | X | | | 0.00 | |
| | | | | | | | | 7,681.11 | | 7,681.11 |
| Account No. **CITYOF04** | | | | 8/11/2010 | | | | | | |
| **City of Long Beach** **Parking Citations** **P.O. Box 22766** **Long Beach, CA 90801-5766** | - | | | City fees | | X | | | 0.00 | |
| | | | | | | | | 23,627.48 | | 23,627.48 |
| Account No. **CITYOF24** | | | | 10/15/2010 | | | | | | |
| **City of Virginia Beach** **2401  Courthouse Drive** **Virginia Beach, VA 23456** | - | | | Permit fee | | X | | | 0.00 | |
| | | | | | | | | 114.58 | | 114.58 |
| Account No. **DEPART01** | | | | Permit Fees | | | | | | |
| **Department of Beaches and Harbors** **13483 Fiji Way - Tr. #2** **Marina Del Rey, CA 90292** | - | | | | | X | X | | 0.00 | |
| | | | | | | | | 5,200.00 | | 5,200.00 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 14,535.00 | |
|---|---|---|---|
| | (Total of this page) | 51,158.17 | 36,623.17 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**

Case No. _____

Debtor ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **DEPART02** <br><br> **Dept of Motor Vehicles** <br> **P.O. Box 942894** <br> **Sacramento, CA 94294-0894** | - | | 5/1/2007 <br><br> **License Fee** | | | | | 17.00 | |
| | | | | | | | 17.00 | | 0.00 |
| Account No. **LOSANG04** <br><br> **Los Angeles County Tax Collector** <br> **P.O. Box 54027** <br> **Los Angeles, CA 90054-0027** | - | | 8/1/2010 <br><br> **Taxes** | | X | | | 0.00 | |
| | | | | | | | 15,208.33 | | 15,208.33 |
| Account No. **OHIODE01** <br><br> **Ohio Department of Taxation** <br> **P.O. Box 16678** <br> **Columbus, OH 43216-6678** | - | | 8/13/2010 <br><br> **Taxes** | | X | | | 0.00 | |
| | | | | | | | 1,398.39 | | 1,398.39 |
| Account No. **OHIOTR01** <br><br> **Ohio Treasurer of State** <br> **P.O. Box 182101** <br> **Columbus, OH 43218-2101** | - | | 12/31/2007 <br><br> **Taxes** | | X | | | 0.00 | |
| | | | | | | | 865.08 | | 865.08 |
| Account No. | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 17.00 | |
| (Total of this page) | 17,488.80 | 17,471.80 |
| Total | | 16,670.37 |
| (Report on Summary of Schedules) | 200,765.34 | 184,094.97 |

B6F (Official Form 6F) (12/07)

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**                                    Case No. _____

_____ ,
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1800CO01**<br><br>**1800 Conference (R)**<br>**P. O. Box 8103**<br>**Aurora, IL 60507** | - | | | | 8/11/2010<br>**Teleconference services** | | X | | 78.21 |
| Account No. **1STPRI01**<br><br>**1st Priority Services, Inc.**<br>**P.O. Box 87410**<br>**Carol Stream, IL 60188** | - | | | | 08/2010<br>**Shipping services** | | | | 175.00 |
| Account No. **5Alamrm05**<br><br>**5 Alarm Music**<br>**35 West Dayton Street**<br>**Pasadena, CA 91105** | - | | | | 8/27/2007<br>**TV Production services** | | | | 500.00 |
| Account No. **AAAFLA01**<br><br>**AAA Flag & Banner MFG., Co.**<br>**8955 National Boulevard**<br>**Los Angeles, CA 90034** | - | | | | 7/2010<br>**Signage/Banners** | | | | 8,526.13 |

__56__ continuation sheets attached

Subtotal
(Total of this page)                                             9,279.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**                                 Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ROBERT01**<br><br>**Adam Roberts<br>4006 N. Ocean Boulevard<br>Myrtle Beach, SC 29577** | - | | | 5/7/2007<br>**2007 prize money** | | | | 175.00 |
| Account No. **ROBERT01**<br><br>**Adam Roberts<br>4006 N. Ocean Blvd<br>Myrtle Beach, SC 29577** | - | | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **ADVANC03**<br><br>**Advanced Electronics<br>2601 Manhattan Beach Boulevard<br>Redondo Beach, CA 90278** | - | | | 7/7/2010<br>**IT equipment** | | X | | 384.00 |
| Account No. **PREGOW01**<br><br>**Agneiszka Pregowska<br>4544 Westlawn Avenue<br>Los Angeles, CA 90066** | - | | | 5/22/2008<br>**2008 prize money** | | | | 100.00 |
| Account No. **ALASKA01**<br><br>**Alaska Airlines-SEASA<br>19300 International Blvd.<br>Seattle, WA 98188** | - | | | 8/16/2010<br>**Sponsorship prepayment** | | | | 2,146.19 |

Sheet no. __1__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,855.19

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
     **of Volleyball Professionals, Inc.**

                                     Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LAUALB01**<br><br>**Albert Lau**<br>**11362 Chenault Street**<br>**Los Angeles, CA 90049** | - | | **2008**<br>**Unpaid accrued vacation** | | | | 18,190.00 |
| Account No. **BROWN01**<br><br>**Alex Brown**<br>**150 W. Eugenie #9**<br>**Chicago, IL 60614** | - | | **8/16/2010**<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **NOVITS01**<br><br>**Alexander Novitski**<br>**106 Water Land Way**<br>**Frederick, MD 21702** | - | | **8/16/2010**<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **POLZIN01**<br><br>**Alicia Polzin**<br>**22430 Domingo Rd**<br>**Woodland Hills, CA 91364** | - | | **8/13/2010**<br>**Coaching fees** | | | | 240.00 |
| Account No. **AMERIC01**<br><br>**American Airlines Arena**<br>**601 Biscayne Blvd**<br>**Miami, FL 33132** | - | | **8/7/2008**<br>**Equipment rental** | | | | 3,323.43 |

| | | |
|---|---|---|
| Sheet no. __2__ of __56__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 21,853.43 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **AMERIC04**<br><br>**American Express (Ft. Lauderdale)**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | - | | | | **7/23/2010**<br>**Car rental** | | | | **163.22** |
| Account No. **AMIGRA01**<br><br>**AMI Graphics, LLC**<br>**P.O. Box 157**<br>**Center Strafford, NH 03815-0157** | - | | | | **7/9/2010**<br>**Signage/Banners** | | | | **1,937.50** |
| Account No. **ANCSPO01**<br><br>**ANC Sports Enterprises, LLC**<br>**P.O. Box 30047**<br>**New York, NY 10087-0047** | - | | | | **6/25/2010**<br>**Marketing** | | | X | **21,498.85** |
| Account No. **MELO001**<br><br>**Andre Melo**<br>**1528 se 7th street**<br>**Deerfield Beach, FL 33441** | - | | | | **8/16/2010**<br>**Registration fee reimbursement** | | | | **50.00** |
| Account No. **ANHEUS01**<br><br>**Anheuser-Busch Sales, Beach Cities**<br>**20499 Reeves Ave.**<br>**Long Beach, CA 90810** | - | | | | **8/12/2010**<br>**Merchandising** | | | | **714.00** |

Sheet no. __3___ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,363.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
     **of Volleyball Professionals, Inc.**
                                    Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **ANHEUS01** <br><br> **Anheuser-Busch, Inc.** <br> **One Bush Place** <br> **Saint Louis, MO 63118** | - | | | **8/16/2010** <br> **Sponsorship prepayment** | | | | **29,203.56** |
| Account No. **ASCAP001** <br><br> **ASCAP** <br> **2675 Paces Ferry Rd., Ste. 350** <br> **Atlanta, GA 30339** | - | | | **2010** <br> **Music license** | | | | **854.00** |
| Account No. **ATCONF01** <br><br> **AT Conference** <br> **P.O. Box 2939** <br> **Southampton, NY 11969** | - | | | **8/4/2010** <br> **Telephone services** | | | | **155.13** |
| Account No. **ATT0001** <br><br> **AT&T** <br> **Payment Center** <br> **Sacramento, CA 95887-0001** | - | | | **6/30/2007** <br> **Telephone services** | | X | | **2,133.18** |
| Account No. **ATT0001** <br><br> **AT&T** <br> **P.O. Box 105068** <br> **Atlanta, GA 30348** | - | | | **9/2010** <br> **Telephone services** | | | X | **108.91** |

Sheet no. __4__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**32,454.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**
                                                                    Case No. _____
                                                              ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ATTMOB01**<br><br>AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | - | | 8/11/2010<br>Telephone services | | X | | 807.56 |
| Account No. **ATNPRO01**<br><br>ATN Promo, Model & Staffing<br>559 W. Diversity Pkwy, #100<br>Chicago, IL 60614 | - | | 7/2010-8/2010<br>Temporary employee services | | | | 13,005.00 |
| Account No. **AZTECT01**<br><br>Aztec Tents & Events<br>2665 Columbia Street<br>Torrance, CA 90503 | | | 8/2/2005<br>Signage/Banners | | | | 2,846.96 |
| Account No. **BANDIT01**<br><br>Bandit Studio Rentals Inc.<br>5430 Las Virgenes Rd.<br>Calabasas, CA 91302 | - | | 7/13/2010<br>Equipment rentals | | | | 5,795.00 |
| Account No. **BARCLA01**<br><br>Barclay Business LLC<br>112 Fifth Ave.<br>Belmar, NJ 07719 | - | | 7/2/2010<br>Parking | | | | 350.00 |

Sheet no. __5__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,804.52**

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**
Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **BEIERS01**<br><br>Beiersdorf, Inc.<br>187 Danbury Road<br>Wilton, CT 06897 | - | | | 8/16/2010<br>Sponsorship prepayment | | | | 1,059,333.34 |
| Account No. **BEXEL001**<br><br>Bexel<br>P.O. Box 951736<br>Dallas, TX 75395-1736 | - | | | 8/4/2010<br>Equipment expendable | | | | 997.50 |
| Account No. **BLAMEI01**<br><br>Blame It On Mariah Inc. FSO Blair B<br>23407 Berwick Place<br>Valencia, CA 91354-2404 | - | | | 6/2010-8/2010<br>TV Production services | | | | 900.00 |
| Account No. **BOBCAT01**<br><br>Bobcat<br>58-64A Maurice Ave<br>Maspeth, NY 11378 | - | | | 7/13/2010<br>Equipment Rental | | | | 3,484.00 |
| Account No. **BOROUG01**<br><br>Borough of Seaside Heights<br>P.O. Box 38<br>Seaside Heights, NJ 08751 | - | | | 9/7/2007<br>Security services | | | | 1,345.00 |

Sheet no. __6___ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,066,059.84**

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**
                                  Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **BOWERS01**<br><br>**Bowers Ambulance**<br>**P.O. Box 80152**<br>**City of Industry, CA 91716-8152** | - | | | **11/25/2008**<br>**EMT services** | | | | 3,180.00 |
| Account No. **BRENER01**<br><br>**Brener Zwikel & Associates Inc.**<br>**6901 Canby Avenue, Suite 105**<br>**Reseda, CA 91335** | - | | | **7/2010-8/2010**<br>**Public relations services** | | X | | 2,479.77 |
| Account No. **SINGER01**<br><br>**Brian Singer**<br>**19021 Leatherbark Drive**<br>**Germantown, MD 20874** | | | | **8/16/2010**<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **TILLMA01**<br><br>**Brian Tillman**<br>**1 Forest Trace Ct.**<br>**Columbia, SC 29204** | - | | | **8/13/2010**<br>**Coaching fees** | | | | 280.00 |
| Account No. **BEATIE01**<br><br>**Brig Beatie**<br>**525 E. Pine**<br>**Fresno, CA 93728** | - | | | **8/29/2001**<br>**Referee services** | | | | 640.00 |

Sheet no. __7__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,629.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**
     **of Volleyball Professionals, Inc.**
                                           Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **BROADC01**<br><br>**Broadcast Camera Services Inc.**<br>**3163 Marwick Ave.**<br>**Long Beach, CA 90808** | - | | | **7/22/2010**<br>**TV Production services** | | | | 2,835.00 |
| Account No. **10S02160**<br><br>**Broadcast Camera Services, Inc.**<br>**c/o Nicola Stanjevick**<br>**3163 Marwick Avenue**<br>**Long Beach, CA 90808** | - | | | **08/24/10**<br>**Small Claims/Lawsuit** | | | | 3,735.00 |
| Account No. **CALIFO05**<br><br>**California Pizza Kitchen**<br>**Attn: Carol Flynn**<br>**6053 West Century Blvd., #100**<br>**Los Angeles, CA 90045** | - | | | **6/10/2010**<br>**Catering services** | | | | 1,202.25 |
| Account No. **CARPET01**<br><br>**Carpet Corner**<br>**18508 Hawthorne Blvd**<br>**Torrance, CA 90504** | - | | | **8/12/2010**<br>**Cancellation Fee** | | | X | 75.00 |
| Account No. **CARTER06**<br><br>**Carter Rental-The CAT Rental Store**<br>**P.O. Box 751053**<br>**Charlotte, NC 28275-1053** | - | | | **7/13/2010**<br>**Equipment rental** | | X | | 1,434.25 |

Sheet no. __8__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,281.50

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**    Case No. _____
    **of Volleyball Professionals, Inc.**
    _____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **CASAVI01**<br><br>**Casa Vittoria**<br>**400 Ocean Ave.**<br>**Belmar, NJ 07719** | - | | 7/7/2010<br>**Catering services** | | | | 13,027.00 |
| Account No. **CBSOUT01**<br><br>**CBS Outdoor**<br>**P.O. Box 33074**<br>**Newark, NJ 07188-0074** | - | | 7/30/2010<br>**Billboard advertisment** | | | | 3,383.25 |
| Account No. **CDWDIR01**<br><br>**CDW Direct, LLC**<br>**P.O. Box 75723**<br>**Chicago, IL 60675-5723** | - | | 11/28/2005<br>**IT equipment** | | | | 115.98 |
| Account No. **CHICAG04**<br><br>**Chicago - Classic Party Rentals**<br>**9480 W. 55th Street**<br>**La Grange, IL 60525-3636** | - | | 9/30/2006<br>**Furniture rental** | | | | 5,141.62 |
| Account No. **BROWNC01**<br><br>**Chris Brown**<br>**2120 Circle Drive**<br>**Hermosa Beach, CA 90254** | - | | 8/2/2010<br>**Labor - Pole installation** | | | | 1,955.00 |

Sheet no. __9__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,622.85**

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
      **of Volleyball Professionals, Inc.**
                                          Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **COOPE01** <br><br> **Chris Cooper** <br> **3306 Eastover Ridge Dr** <br> **Charlotte, NC 28211** | - | | | **8/16/2010** <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **MCGEEC02** <br><br> **Chris Mcgee Inc.** <br> **324 4th Street** <br> **Manhattan Beach, CA 90266** | - | | | **8/13/2010** <br> **EMCEE services** | | | | 2,000.00 |
| Account No. **CEBALL01** <br><br> **Christopher Ceballos** <br> **24456 Ward St., A** <br> **Torrance, CA 90505** | - | | | **8/13/2010** <br> **Coaching fees** | | | | 560.00 |
| Account No. **CIT TECH** <br><br> **CIT Technology Fin Serv, Inc.** <br> **PO Box 100706** <br> **Pasadena, CA 91189-0706** | - | | | **7/23/2010** <br> **Lease equipment** | | X | | 508.16 |
| Account No. **CITIFI01** <br><br> **City Fixed Income Currencies** <br> **227 W. Monroe, Suite 2400** <br> **Chicago, IL 60606** | - | | | **8/16/2010** <br> **Sponsorship prepayment** | | | | 1,000.00 |

Sheet no. __10__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
                             (Total of this page)     **4,118.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
      **of Volleyball Professionals, Inc.**

Case No. _____

_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. **CITILI02**<br><br>**City Light & Power**<br>**2961 Redondo Avenue**<br>**Long Beach, CA 90806** | | - | | **8/10/2010**<br>**Pole removal and installation** | | | | **1,414.74** |
| Account No. **CIVICO01**<br><br>**Civicom, Inc.**<br>**P.O. Box 4689**<br>**Greenwich, CT 06831** | | - | | **7/2010-8/2010**<br>**Teleconference services** | | X | | **1,379.43** |
| Account No. **CLASSI01**<br><br>**Classic Party Rentals**<br>**2310 E. Imperial Highway**<br>**El Segundo, CA 90245** | | - | | **8/12/2010**<br>**Furniture rental** | | X | | **4,643.82** |
| Account No. **CLEARC04**<br><br>**Clear Channel**<br>**File #56710**<br>**Los Angeles, CA 90074-6710** | | - | | **7/6/2010**<br>**Advertising** | | | | **5,350.00** |
| Account No. **COASTA02**<br><br>**Coastal Media Group**<br>**26660 Agoura Road**<br>**Calabasas, CA 91302** | | - | | **7/22/2010**<br>**Video/camera operator** | | | | **9,543.75** |

Sheet no. __11__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,331.74**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
       **of Volleyball Professionals, Inc.**

Case No. _____

_____,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **COASTA01**<br><br>**Coastal Sol Enterprises, Inc.**<br>**22251 Wilmington Ave**<br>**Team Sports Superstone**<br>**Carson, CA 90745** | - | | | 7/23/2010<br>**Merchandising** | | | | 990.00 |
| Account No. **COGENT01**<br><br>**Cogent Communications, Inc.**<br>**P.O. Box 791087**<br>**Baltimore, MD 21279-1087** | - | | | 7/2010<br>**Internet services** | | X | | 1,472.84 |
| Account No. **COLLIN02**<br><br>**Collins Computing, Inc.**<br>**Attn: Accounting**<br>**26050 Acero Street**<br>**Mission Viejo, CA 92691** | | | | 9/11/2008<br>**IT services** | | | | 462.50 |
| Account No. **COMCAS03**<br><br>**Comcast Network**<br>**P.O. Box 8686**<br>**Philadelphia, PA 19178** | - | | | 7/9/2010<br>**TV production services** | | | | 3,825.00 |
| Account No. **COMPUT02**<br><br>**Computer Palace**<br>**Advance Computer Corp.**<br>**11322 Santa Monica Blvd.**<br>**Los Angeles, CA 90025** | - | | | 8/2/2010<br>**IT equipment** | | X | | 252.26 |

Sheet no. __12__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,002.60

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**
                           Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **COMPUT01**<br><br>Computershare<br>4229 Collection Centre Drive<br>Chicago, IL 60693 | - | | | 7/14/2010<br>Stock transfer services | | | | 1,364.78 |
| Account No. **CONSOL01**<br><br>Consolidated Disposal Svc<br>P.O. Box 78010<br>Phoenix, AZ 85062 | - | | | 8/12/2010<br>Trash removal services | | | | 16.26 |
| Account No. **CONTIK01**<br><br>Contiki Holidays<br>801 E Katella Avenue<br>Anaheim, CA 92805 | - | | | 8/16/2010<br>Sponsorship prepayment | | | | 3,500.00 |
| Account No. **CORTTR01**<br><br>Cort Tradeshow Furnishings<br>3455 W Sunset Rd, Suite A<br>Las Vegas, NV 89118 | - | | | 6/2010-8/2010<br>Furniture rental | | | | 3,689.06 |
| Account No. **COUNCI01**<br><br>Council of VBVRS, Inc.<br>1917 Artic Ave.<br>Virginia Beach, VA 23451 | - | | | 8/4/2010<br>EMT services | | | | 1,428.00 |

Sheet no. **13** of **56** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **9,998.10**

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **CRAFTS01**<br><br>Craftsman Industries, Inc.<br>P.O. Box 953073<br>Saint Louis, MO 63195 | - | | 3/26/2007<br>Equipment rental | | | | 480.00 |
| Account No. **ELLEDG01**<br><br>Craig Elledge<br>4845 Atoll Ave.<br>Sherman Oaks, CA 91423 | - | | 8/11/2010<br>Consulting fees | | | X | 11,000.00 |
| Account No. **CRUNCH01**<br><br>Crunch Park<br>300 Sunset Avenue<br>Cashmere, WA 98815 | | | 8/16/2010<br>Sponsorship prepayment | | | | 1,000.00 |
| Account No. **CRYSTA02**<br><br>Crystal Clear Ice Co.<br>2112 W. Rice St.<br>Chicago, IL 60622 | - | | 9/30/2006<br>Catering services | | | | 385.20 |
| Account No. **CUISIN01**<br><br>Cuisine & Company<br>2648 Quality Court<br>Virginia Beach, VA 23454 | - | | 8/5/2010<br>Catering services | | | | 3,690.06 |

Sheet no. __14__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,555.26

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **DALTON03** <br><br> Dalton Trucking, Inc. <br> P.O. Box 5025 <br> Fontana, CA 92334 | | - | | **8/4/2010** <br> **Trucking services** | | X | | 4,261.00 |
| Account No. **LORDAN01** <br><br> Danko Lordanov <br> 20812 Wilder Ave <br> Lakewood, CA 90715 | | - | | **8/16/2010** <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **WILLIA04** <br><br> Dave Williams <br> 703 Pier Ave, Suite B117 <br> Hermosa Beach, CA 90254 | | - | | **8/16/2010** <br> **Consulting fees** | | | | 16,666.64 |
| Account No. **DIPIER01** <br><br> David DiPierro <br> 1710 SW 2nd Ave <br> Pompano Beach, FL 33060 | | - | | **7/24/2001** <br> **2001 prize money** | | | | 150.00 |
| Account No. **GOODM01** <br><br> David Goodman <br> 48332 Bay Landing Dr. <br> Virginia Beach, VA 23455 | | - | | **8/16/2010** <br> **Registration fee reimbursement** | | | | 50.00 |

Sheet no. __15__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,177.64

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**
                                                   ,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **TAYLOR01**<br><br>**David S. Taylor**<br>**409 Monument Pl.**<br>**Elizabethton, TN 37643** | - | | | **8/11/2010**<br>**Business expense reimbursement** | | | | 55.00 |
| Account No. **DELOIT01**<br><br>**Deloitte Tax LLP**<br>**111 South Wacker Drive, 26th Floor**<br>**Chicago, IL 60606** | - | | | **8/16/2010**<br>**Sponsorship prepayment** | | | | 1,000.00 |
| Account No. **DEUTSC01**<br><br>**Deutsche Bank AG**<br>**60 Wall Street, 21st Floor**<br>**New York, NY 10005** | - | | | **8/16/2010**<br>**Sponsorship prepayment** | | | | 19,000.00 |
| Account No. **DIGITA01**<br><br>**Digitaria Interactive, Inc.**<br>**533 F Street, Suite 300**<br>**San Diego, CA 92101** | - | | | **7/7/2010**<br>**Website services** | | | X | 27,620.00 |
| Account No. **DIRECT01**<br><br>**Direction Promo, Inc.**<br>**213 W. Institute Place, #602**<br>**Chicago, IL 60613** | - | | | **7/1/2010**<br>**Street marketing services** | | | | 4,800.00 |

Sheet no. __16__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,475.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**          Case No. _____
    **of Volleyball Professionals, Inc.**
                                                                ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **DIVENT01**<br><br>DiVenture Marketing Group<br>23016 Lake Forest Drive, Suite 260<br>Laguna Hills, CA 92653 | - | | | | 7/12/2010<br>Printing/credential services | | | | 1,412.75 |
| Account No. **DOGSWELL01**<br><br>DOGSWELL<br>1964 Westwood Blvd, Suite 350<br>Los Angeles, CA 90025 | - | | | | 8/16/2010<br>Sponsorship prepayment | | | | 2,500.00 |
| Account No. **VAUGHN01**<br><br>Drew Vaughn<br>318 14th Ave N<br>Hopkins, MN 55343 | - | | | | 8/16/2010<br>Registration fee reimbursement | | | | 50.00 |
| Account No. **BAREFO01**<br><br>E. & J. Gallo Winery<br>Barefoot Cellars<br>600 Yosemite Blvd<br>Modesto, CA 95354 | - | | | | 8/16/2010<br>Sponsorship prepayment | | X | | 260,417.00 |
| Account No. **EDGEWI01**<br><br>Edgewise Media Inc.<br>602 N. Cypress Street<br>Orange, CA 92867 | - | | | | 6/2010 - 7/2010<br>TV productions services | | | X | 620.03 |

Sheet no. __17__ of __56__ sheets attached to Schedule of                                    Subtotal            | 264,999.78
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**                              Case No. _____
_____,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. **RODRIG01** <br><br> **Elvis Rodriquez** <br> **825 W. 179th Street, #4C** <br> **New York, NY 10033** | | - | | 7/24/2001 <br> 2001 prize money | | | | 125.00 |
| Account No. **ENGINE01** <br><br> **Engineered Custom System, Inc.** <br> **811 N. Catalina, Ste 2200** <br> **Redondo Beach, CA 90277-2192** | | - | | 7/30/2010 <br> Wiring/installation services | | | X | 444.88 |
| Account No. **ESPN0001** <br><br> **ESPN, Inc. Advertising Sales** <br> **13039 Collections Center Drive** <br> **Chicago, IL 60693** | | - | | 7/12/2010 <br> Airtime advertising purchase | | | X | 300,000.00 |
| Account No. **EXECUT01** <br><br> **Executive Moving System, Inc.** <br> **2910 White Star Ave.** <br> **Anaheim, CA 92806** | | - | | 7/7/2010 <br> Storage | | | | 420.00 |
| Account No. **FEDERA01** <br><br> **Federal Express** <br> **P.O. Box 7221** <br> **Pasadena, CA 91109-7321** | | - | | 7/12/2010 <br> Messenger | | X | | 6,200.21 |

Sheet no. __18__ of __56__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)        **307,190.09**

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**    Case No. _____
**of Volleyball Professionals, Inc.**
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **FEDEXK01**<br><br>FedEx Office<br>P.O. Box 672085<br>Dallas, TX 75267 | - | | | | 9/2010<br>Office Supplies | | | | 150.44 |
| Account No. **FIJIWA01**<br><br>Fiji Water<br>11444 Olympic Blvd, Suite 210<br>Los Angeles, CA 90064 | - | | | | 9/6/2007<br>Catering service | | | | 1,332.00 |
| Account No. **FLATIR01**<br><br>Flat Iron<br>Dept. 2195<br>Denver, CO 80271-2195 | - | | | | 8/1/2010<br>Insurance premium | | X | | 2,869.50 |
| Account No. **FOLEYI01**<br><br>Foley Incorporated<br>P.O. Box 8500-7605<br>Spring Mount, PA 19478-7605 | - | | | | 7/12/2010<br>Equipment rental | | | X | 5,290.00 |
| Account No. **STANLE02**<br><br>Frank Stanley<br>P.O. Box 270337<br>Fort Collins, CO 80527-0337 | - | | | | 6/29/2007<br>Business expense reimbursement | | | | 682.12 |

Sheet no. __19__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,324.06

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**
                                          ,
                                         Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **GANNET01**<br><br>**Gannett NJ Newspaper**<br>**3601 Highway 66**<br>**Neptune, NJ 07754-1556** | - | | 7/13/2010<br>**Advertising** | | X | | 4,528.63 |
| Account No. **GATORA01**<br><br>**Gatorade**<br>**555 West Monroe, Ste 10-2**<br>**Chicago, IL 60661** | - | | 8/16/2010<br>**Sponsorship prepayment** | | X | | 240,208.33 |
| Account No. **WADE001**<br><br>**Gene Wade**<br>**1423 Automne Circle, Apartment D**<br>**Virginia Beach, VA 23451** | - | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **GESEXP01**<br><br>**GES Exposition Services, Inc.**<br>**7050 Lindell Ave.**<br>**Las Vegas, NV 89118** | - | | 5/2/2008<br>**Exhibition/event services** | | | | 700.00 |
| Account No. **GIANTS01**<br><br>**Giants Enterprises**<br>**Atten: Jana Steel**<br>**24 Wallie Mays Plaza**<br>**San Francisco, CA 94107** | - | | 6/30/2010<br>**Lot rental** | | | X | 30,000.00 |

Sheet no. __20__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

275,486.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **MAHONG01**<br><br>**Gordie Mahon<br>303 Ocean Drive<br>Manhattan Beach, CA 90266** | | - | | | 8/16/2010<br>**Consulting fees** | | | | 7,200.00 |
| Account No. **STONEH01**<br><br>**Gregg Stoneham<br>305 English Oaks Dr. #5<br>Fayetteville, NC 28314** | | - | | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **HENNES01**<br><br>**Hennessey's Taverns<br>Attn: Camille Shakkour<br>1845 S. Elena Street #300<br>Redondo Beach, CA 90277** | | - | | | 7/23/2010<br>**Catering services** | | | | 25,261.60 |
| Account No. **HERTZE01**<br><br>**Hertz Equipment Rental<br>P.O. Box 26390<br>Oklahoma City, OK 73126-0390** | | - | | | 6/25/2007<br>**Equipment rental** | | | | 1,296.55 |
| Account No. **HERTZE02**<br><br>**Hertz Equipment Rental Corporation<br>P.O. Box 650280<br>Dallas, TX 75265-0280** | | - | | | 7/13/2010<br>**Equipment rental** | | | | 1,060.59 |

Sheet no. __21__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,868.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
     **of Volleyball Professionals, Inc.**
                                        ,
                                  Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **HSBCSE01**<br><br>**HSBC Securities (USA) Inc.**<br>**452 Fifth Avenue, 8th Floor**<br>**New York, NY 10018** | - | | | 8/16/2010<br>**Sponsorship prepayment** | | | | 9,500.00 |
| Account No. **IEG01**<br><br>**IEG, LLC**<br>**640 North LaSalle, Ste 450**<br>**Chicago, IL 60610-3777** | - | | | 5/5/2008<br>**Subscription fees** | | | | 349.00 |
| Account No. **IMAGEI02**<br><br>**Image IV**<br>**512 S. Varney Street**<br>**Burbank, CA 91502** | - | | | 7/14/2010<br>**Equipment maintenance** | | X | X | 1,222.26 |
| Account No. **IRONM01**<br><br>**Iron Mountain Records Mgmt**<br>**P.O. Box 601002**<br>**Los Angeles, CA 90060-1002** | - | | | 8/13/2010<br>**File storage services** | | X | | 1,264.53 |
| Account No. **MERCER01**<br><br>**Ivan Mercer**<br>**80 16th St.**<br>**Hermosa Beach, CA 90254** | - | | | 8/13/2010<br>**Coaching fees** | | | | 240.00 |

Sheet no. __22__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,575.79

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JHCOHN01** <br><br> **J.H. Cohn, LLP** <br> **11755 Wilshire Boulevard, 17th Fl.** <br> **Los Angeles, CA 90025** | - | | 9/2010 <br> **Accounting services** | | | | 250.00 |
| Account No. **DIXON01** <br><br> **Janis Dixon** <br> **100 Captaine Graves** <br> **Williamsburg, VA 23185** | - | | 8/16/2010 <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **JAYO0001** <br><br> **Jason Olive** <br> **3509 Purdue Ave.** <br> **Los Angeles, CA 90066** | - | | 8/2/2010 <br> **Consulting fees** | | | | 4,000.00 |
| Account No. **JDPPUB01** <br><br> **JDP Publishing Group** <br> **774 Marsh Street, Suite C** <br> **San Luis Obispo, CA 93401** | - | | 7/21/2010 <br> **Advertising** | | | | 3,200.00 |
| Account No. **JDUBPR01** <br><br> **JDUB Productions Inc.** <br> **728 N. Paulina Ave.** <br> **Redondo Beach, CA 90277** | - | | 7/26/2010 <br> **TV Production services** | | | | 45,000.00 |

Sheet no. __23__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

52,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**                                                Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ERNSBR01**<br><br>**Jeff Ernsberger<br>917 Saint Circle<br>Virginia Beach, VA 23454** | - | | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **MURREL01**<br><br>**Jeff Murrell<br>3401 Ocean Drive Apt 2<br>Manhattan Beach, CA 90266** | - | | | 5/21/2009<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **SOLM001**<br><br>**Jennifer Solm<br>725 N. Aberdeen #201<br>Chicago, IL 60642** | - | | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **ROUECH01**<br><br>**Jeremy Evan Roueche<br>578 Washington Blvd #436<br>Marina Del Rey, CA 90292** | - | | | 8/13/2010<br>**DJ Services** | | | | 1,030.00 |
| Account No. **SHEETS01**<br><br>**Jill Sheets<br>613 Sanderson Drive<br>Durham, NC 27704** | - | | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |

Sheet no. __24__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,230.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**  Case No. _____
        **of Volleyball Professionals, Inc.**
                                                              ,
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **VANZWI02**<br><br>**Jim VanZwieten**<br>**860 NW 49th Ave**<br>**Pompano Beach, FL 33063** | - | | | 7/24/2001<br>**2001 prize money** | | | | 125.00 |
| Account No. **JOHNPA01**<br><br>**John Paul Mitchell Systems**<br>**20705 Centre Pointe Parkway**<br>**Santa Clarita, CA 91350** | - | | | 8/16/2010<br>**Sponsorship prepayment** | | | | 133,445.67 |
| Account No. **RODRIG02**<br><br>**John Rodriguez**<br>**25092 Farthing Street, #17**<br>**Lake Forest, CA 92630** | - | | | 8/16/2007<br>**Business expense reimbursement** | | | | 65.90 |
| Account No. **JOHNSO01**<br><br>**Johnsonville Sausages LLC**<br>**N6928 Johnsonville Way**<br>**Sheboygan Falls, WI 53085** | - | | | 8/16/2010<br>**Sponsorship prepayment** | | | | 229,166.67 |
| Account No. **ARIASJ01**<br><br>**Jose Alfonso Orozco Arias**<br>**6623 San Carlos St.**<br>**Paramount, CA 90723** | - | | | 7/23/2010<br>**Electric services** | | | | 1,200.00 |

Sheet no. __25__ of __56__ sheets attached to Schedule of                    Subtotal        364,003.24
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Josee Vaillant<br>13116 Electric Ct<br>Virginia Beach, VA 23451 | - | | 8/16/2010<br>Registration fee reimbursement | | | | 50.00 |
| Account No. **K1SPEE01**<br><br>K1 Speed<br>17221 Von Karman Avenue<br>Irvine, CA 92614 | - | | 8/16/2010<br>Sponsorship prepayment | | | | 3,000.00 |
| Account No. **VAUGHA02**<br><br>Katherine Danielle Vaughan<br>AKA Kathryn Lindquist<br>15 Cinnamon Lane<br>Rancho Palos Verdes, CA 90275 | - | | 8/13/2010<br>Coaching fees | | | | 370.00 |
| Account No. **JAMESO01**<br><br>Katie Jameson<br>20622 Elizabeth Lane<br>Huntington Beach, CA 92646 | - | | 8/16/2010<br>Registration fee reimbursement | | | | 50.00 |
| Account No. **O'ROUR01**<br><br>Kelly O'Rourke<br>7393 West Manchester Ave, Apt 107<br>Los Angeles, CA 90045 | - | | 6/1/2007<br>Consulting fees | | | | 320.81 |

Sheet no. __26__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,790.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**              Case No. _____
    **of Volleyball Professionals, Inc.**
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WALSHK01**<br><br>**Kerri Walsh<br>Kerri Walsh c/o The Coburn Kot<br>P.O Box 8149<br>Walnut Creek, CA 94596-8149** | - | | **6/21/2010<br>Trash removal services** | | | | 27,500.00 |
| Account No. **CULLEN01**<br><br>**Kevin M. Cullen<br>2001 Pacific Coast Highway #15<br>Hermosa Beach, CA 90254** | - | | **7/21/2010<br>Trash removal services** | | | | 3,000.00 |
| Account No. **KFCNAT01**<br><br>**KFC National Council and<br>Advertising Cooperative, Inc.<br>Attention:  Alan Forsythe<br>1941 Bishop Lane, Suite 1000<br>Louisville, KY 40218** | - | | **8/16/2010<br>Sponsorship prepayment** | | | | 73,750.00 |
| Account No. **WHITNE01**<br><br>**Kim Whitney<br>1940 Del Oro Ct<br>Dunedin, FL 34698** | - | | **8/16/2010<br>Registration fee reimbursement** | | | | 50.00 |
| Account No. **KINKOS01**<br><br>**Kinko's<br>Customer Administrative Services<br>P.O. Box 672085<br>Dallas, TX 75267-2085** | - | | **4/24/2010<br>Printing services** | | X | | 1,680.32 |

Sheet no. __27__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105,980.32

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**  Case No. _____
  **of Volleyball Professionals, Inc.**
                                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **KITSFM01** | | | | 9/20/2007 Advertising services | | | | |
| **KITS-FM** **Attn: Finance Dept** **865 Battery St.** **San Francisco, CA 94111-1503** | - | | | | | | | 2,000.00 |
| Account No. **KKLZFM01** | | | | 9/30/2006 Advertising services | | | | |
| **KKLZ-FM** **1445 East Tropicana, Suite 800** **Las Vegas, NV 89119** | - | | | | | | | 1,200.00 |
| Account No. **KOHLER01** | | | | 7/2010-8/2010 Electric/Power services | | | | |
| **Kohler Rental Power, Inc.** **7766 Collection Center Drive** **Chicago, IL 60693** | - | | | | | X | | 12,109.70 |
| Account No. **LABORR03** | | | | 7/2/2010 Temporary employee services | | | | |
| **Labor Ready Mid-Atlanta, Inc.** **PO Box 31001-0257** **Pasadena, CA 91110-0257** | - | | | | | | | 8,679.84 |
| Account No. **LABORR01** | | | | 7/18/2006 Temporary employee services | | | | |
| **Labor Ready Midwest** **P.O. Box 31001-0257** **Pasadena, CA 91110-0257** | - | | | | | | | 7,271.53 |

Sheet no. __28__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,261.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**  Case No. _____
 **of Volleyball Professionals, Inc.**
 _____ ,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **LABORR02**<br><br>**Labor Ready Southwest, Inc.**<br>**P.O. Box 31001-0257**<br>**Pasadena, CA 91110-0257** | - | | | **8/3/2010**<br>**Temporary employee services** | | | | 6,509.25 |
| Account No. **LANDMA01**<br><br>**LandmarkIT, Inc.**<br>**152 W. Walnut Street, Suite 202**<br>**Gardena, CA 90248** | - | | | **7/16/2010**<br>**IT services** | | X | | 4,214.84 |
| Account No. **LARABA01**<br><br>**Larabar/Cascadian Farm**<br>**P.O. Box 18932**<br>**Denver, CO 80218** | - | | | **8/16/2010**<br>**Sponsorship prepayment** | | | | 12,140.00 |
| Account No. **KAMAHO01**<br><br>**Leilani Kamahoahoa**<br>**7631 Kittyhawk St.**<br>**Los Angeles, CA 90045** | - | | | **7/25/2007**<br>**2007 prize money** | | | | 250.00 |
| Account No. **LEVEL301**<br><br>**Level (3) Enhanced Services, LLC**<br>**Accounts Receivable**<br>**P.O. Box 952061**<br>**Saint Louis, MO 63195-2061** | - | | | **5/10/2010**<br>**Telephone services** | | X | X | 1,734.70 |

Sheet no. __29__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,848.79

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**

Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **LEVERA01**<br><br>**Leverage PR, LLC**<br>**Attn: Stuart Goldstein**<br>**597 Fifth Avenue, 4th Floor**<br>**New York, NY 10017** | - | | | **2010**<br>**Agency sales commission** | | | X | 260,314.00 |
| Account No. **LEXISN01**<br><br>**LexisNexis**<br>**P.O. Box 894166**<br>**Los Angeles, CA 90189-4166** | - | | | **7/2010-8/2010**<br>**Subscription fees** | | X | | 1,629.00 |
| Account No. **LANG001**<br><br>**Linda Lang**<br>**605 Bowden Road**<br>**Chapel Hill, NC 27516** | | | | **8/16/2010**<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **LINKSS01**<br><br>**Links Screen Printing Inc.**<br>**300 N. Sepulveda Blvd, #1007**<br>**El Segundo, CA 90245** | - | | | **7/23/2010**<br>**Printing services** | | | | 122.81 |
| Account No. **LISTPA01**<br><br>**List Partners, Inc.**<br>**1440 Dutch Valley Place Ne**<br>**Suite 1000**<br>**Atlanta, GA 30324** | - | | | **9/1/2010**<br>**Subscription fees** | | | | 6,495.00 |

Sheet no. __30__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
    (Total of this page)

268,610.81

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**
,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **LITTLE02** <br><br> **Littler Mendelson, P.C.** <br> **P.O. Box 45547** <br> **San Francisco, CA 94145-0547** | - | | | 9/2010 <br> **Legal services** | | | | 1,291.00 |
| Account No. **LOEBLO01** <br><br> **Loeb & Loeb** <br> **345 Park Avenue** <br> **New York, NY 10154-0037** | - | | | 8/6/2010 <br> **Legal services** | | X | | 5,647.05 |
| Account No. **LOUISI01** <br><br> **Louisiana Transportation Inc.** <br> **P.O. Box 71934** <br> **Cincinnati, OH 45271-2934** | - | | | 7/12/2010 <br> **Trucking services** | | | | 46,826.65 |
| Account No. **WISNIA01** <br><br> **Lucas Wisniakowski** <br> **840 Penn St** <br> **El Segundo, CA 90245** | - | | | 8/16/2010 <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **MAMMOT01** <br><br> **Mammoth Mountain Ski Area LLC** <br> **P.O. Box 230040** <br> **Encinitas, CA 92023-0040** | - | | | 8/16/2010 <br> **Sponsorship prepayment** | | | | 2,500.00 |

Sheet no. __31__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

56,314.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **MANHAT01** <br><br> **Manhattan Beach Toyota** <br> **1500 N. Sepulveda** <br> **Manhattan Beach, CA 90266-5110** | - | | | 8/16/2010 <br> **Sponsorship prepayment** | | | | 15,000.00 |
| Account No. **MANHAT03** <br><br> **Manhattan Beach Unified School Dist** <br> **Attn:  Facilitates Coordinator** <br> **325 South Peck Avenue** <br> **Manhattan Beach, CA 90266** | - | | | 8/2010 <br> **Parking rental** | | | | 850.00 |
| Account No. **WERSCH01** <br><br> **Marc Werschkul** <br> **3634 Empire Dr.** <br> **Los Angeles, CA 90034** | - | | | 8/12/2010 <br> **Employee commission** | | | X | 13,596.00 |
| Account No. **GAGEMA01** <br><br> **Mathew H. Gage** <br> **44 16th Street** <br> **Hermosa Beach, CA 90254** | - | | | 4/24/2007 <br> **Business expense reimbursement** | | | | 213.12 |
| Account No. **MCCABE01** <br><br> **McCabe & Company** <br> **122 Voyage Mall** <br> **Marina Del Rey, CA 90292** | - | | | 8/3/2010 <br> **Consulting fees** | | | | 2,500.00 |

Sheet no. __**32**__ of __**56**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,159.12

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **MCCORM01** <br><br> **McCormick Ambulance** <br> **13933 S. Crenshaw Boulevard.** <br> **Hawthorne, CA 90250** | - | | | **8/2010** <br> **EMT Services** | | | | **3,268.61** |
| Account No. **MCICOM01** <br><br> **MCI Comm Service** <br> **27732 Network Pl.** <br> **Chicago, IL 60673-1277** | - | | | **9/2010** <br> **Telephone service** | | | X | **21.90** |
| Account No. **MEDASS01** <br><br> **MedAssets, Inc.** <br> **222 North Sepulveda, Suite 1100** <br> **El Segundo, CA 90245** | - | | | **8/16/2010** <br> **Sponsorship prepayment** | | | | **9,500.00** |
| Account No. **MELTWA01** <br><br> **Meltwater News** <br> **50 Fremont Street, Suite 200** <br> **San Francisco, CA 94105** | - | | | **8/2010** <br> **Marketing services** | | | X | **5,000.00** |
| Account No. **MIDWAY01** <br><br> **Midway Ice & Fuel** <br> **1400 Hwy. 35 at New York Ave.** <br> **Neptune, NJ 07753** | - | | | **7/12/2010** <br> **Catering services** | | | | **2,406.00** |

Sheet no. __33__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,196.51**

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
      **of Volleyball Professionals, Inc.**
                                                ,
                                         Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **PLACEK01** <br><br> **Mike Placek** <br> **14255 Mango Dr.** <br> **Del Mar, CA 92014** | | - | | **8/16/2010** <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. <br><br> **Mike Warren** <br> **2345 Court Circle** <br> **Virginia Beach, VA 23453** | | - | | **8/16/2010** <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **MILLEN01** <br><br> **Millennium Radio New Jersey** <br> **P.O. Box 19356A** <br> **Newark, NJ 07195-0356** | | - | | **7/15/2010** <br> **Advertising** | | | | 2,850.00 |
| Account No. **MOTHER01** <br><br> **MotherLode Volleyball Productions,** <br> **P.O. Box 2676** <br> **Avon, CO 81620** | | - | | **7/26/2010** <br> **Consulting fees** | | | X | 7,500.00 |
| Account No. **MURPHY03** <br><br> **Murphy Productions, Inc.** <br> **20351 Irvine Ave., Suite C-5** <br> **Newport Beach, CA 92660** | | - | | **7/12/2010** <br> **Stadium building** | | | | 76,509.71 |

Sheet no. __**34**__ of __**56**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,959.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**                  Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **MUSICE01**<br><br>**Music Express**<br>**P.O. Box 894552**<br>**Los Angeles, CA 90189-4552** | - | | 3/16/2007<br>Car/limousine services | | | | 997.64 |
| Account No. **FERGUS01**<br><br>**Nancy Ferguson**<br>**1648 10th St.**<br>**Manhattan Beach, CA 90266** | - | | 6/26/2007<br>Business expense reimbursement | | | | 469.50 |
| Account No. **NATION03**<br><br>**National Media, Inc.**<br>**P.O. Box 6153**<br>**Covina, CA 91722** | - | | 8/12/2010<br>Advertising | | | | 1,000.00 |
| Account No. **NEWENG01**<br><br>**New England Sports Enterprises, LLC**<br>**301 Yamato Road, Suite 2200**<br>**Boca Raton, FL 33431** | - | | 11/15/2007<br>Expense reimbursement | | | | 718.75 |
| Account No. **NEWJER02**<br><br>**New Jersey Press Media**<br>**P.O. Box 677599**<br>**Dallas, TX 75267** | - | | 10/16/2010<br>Marketing services | | X | | 4,662.49 |

Sheet no. __**35**__ of __**56**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal | **7,848.38**
                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**

,

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **NEWMAN01** <br><br> **Newman Hospitality** <br> **703 Pier Ave, B-815** <br> **Hermosa Beach, CA 90254** | | - | | | 7/7/2010 <br> **Catering service** | | | | 23,275.00 |
| Account No. **KORBE01** <br><br> **Nicholas Korbe** <br> **418 9th St.** <br> **Virginia Beach, VA 23451** | | - | | | 8/16/2010 <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **NORTHA02** <br><br> **North American Sand** <br> **Soccer Championships** <br> **2276 Recreation Drive** <br> **Virginia Beach, VA 23456** | | - | | | 8/2010 <br> **Marketing services** | | | | 125.00 |
| Account No. **OFFICE01** <br><br> **Office Max** <br> **P.O. Box 79515** <br> **City of Industry, CA 91716-0095** | | - | | | 7/12/2010 <br> **Office Supplies** | | | | 810.54 |
| Account No. **DEGIRM01** <br><br> **Oguz Degirmenci** <br> **4800 University Drive #28 B** <br> **Durham, NC 27707** | | - | | | 8/16/2010 <br> **Registration fee reimbursement** | | | | 50.00 |

Sheet no. __36__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,310.54

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **ONTARI01** <br><br> **Ontario/Acacia Investors** <br> **c/o Ruby Management Company** <br> **11845 W. Olympic Blvd., Suite 1200** <br> **Los Angeles, CA 90064** | - | | | **7/22/2010** <br> **Commercial lease - Office** <br> **(August through October)** | | X | X | 47,044.15 |
| Account No. **OOYALA01** <br><br> **Ooyala, Inc.** <br> **800 W. El Camino Real, Suite 350** <br> **Mountain View, CA 94040** | - | | | **7/7/2010** <br> **Website services** | | | | 2,461.04 |
| Account No. **PACIFI03** <br><br> **Pacific Ambulance** <br> **P.O. Box 80154** <br> **City of Industry, CA 91716** | - | | | **12/19/2008** <br> **EMT services** | | | | 2,580.00 |
| Account No. **PACIFI04** <br><br> **Pacific Motor Service** <br> **P.O. Box 303** <br> **Charlestown, IN 47111** | - | | | **7/7/2010** <br> **Trailer repair services** | | | | 623.52 |
| Account No. **PACIFI05** <br><br> **Pacific Production Services, Inc.** <br> **1481 E. 4th Street** <br> **Los Angeles, CA 90033** | - | | | **7/23/2010** <br> **Parking** | | | | 325.00 |

Sheet no. __37__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,033.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PADRES01** | | | | | 2010 Charitable contribution | | | | |
| **Padres Contra El Cancer** 10220 Riverside Drive, Suite B North Hollywood, CA 91602 | - | | | | | | | | 698.93 |
| Account No. **PAETEC01** | | | | | 7/19/2010 Internet services | | X | | |
| **PAETEC** P.O. Box 1283 Buffalo, NY 14240-1283 | - | | | | | | | | 1,305.33 |
| Account No. **PANTHE01** | | | | | 8/11/2010 Printing services | | | | |
| **Panther Graphics** 236 Calle Miramar, Suite 4 Redondo Beach, CA 90277 | - | | | | | | | | 997.87 |
| Account No. **PATTEN01** | | | | | 9/30/2006 Equipment rental | | | | |
| **Patten Industries, Inc.** 635 W. Lake St. Elmhurst, IL 60126 | - | | | | | | | | 31.77 |
| Account No. **TEDESC01** | | | | | 8/12/2010 Employee sales commission | | | | |
| **Paul Tedeschi** 21 Sheldon Road Cohasset, MA 02025 | - | | | | | | | | 17,955.58 |

Sheet no. __38__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,989.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**                           Case No. _____
         **of Volleyball Professionals, Inc.**
                                                                              ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **PCI00001**<br><br>**PCI**<br>**P.O. Box 3353**<br>**San Dimas, CA 91773-7353** | - | | | 10/16/2008<br>Office supplies | | | | 37.90 |
| Account No. **PENSKE01**<br><br>**Penske Truck Leasing Co., L.P.**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** | - | | | 7/22/2010<br>Equipment rental | | | | 1,922.05 |
| Account No. **PERNOD01**<br><br>**Pernod Ricard USA**<br>**401 Park Avenue South, 7th Floor**<br>**New York, NY 10016** | - | | | 8/16/2010<br>Sponsorship prepayment | | | | 84,916.67 |
| Account No. **DALHAU02**<br><br>**Phil Dalhausser, LLC**<br>**5347 Basie Street**<br>**Ventura, CA 93003** | - | | | 6/21/2010<br>Consulting fees | | | | 27,500.00 |
| Account No. **PHYSIC01**<br><br>**Physician Sales & Service 1028**<br>**1938 W. Malvern Ave**<br>**Fullerton, CA 92833-2105** | - | | | 7/16/2010<br>Medical supplies | | X | | 640.25 |

Sheet no. __**39**__ of __**56**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,016.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**                                   Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **PITNEY02**<br><br>**Pitney Bowes Global**<br>**Financial Services**<br>**P.O. Box 856460**<br>**Louisville, KY 40285-6460** | - | | | | 09/2010<br>Equipment rental | | X | | 1,293.96 |
| Account No. **PLAYGR01**<br><br>**Playground Studios**<br>**3124 Sam Houston Cir**<br>**Fort Collins, CO 80526** | - | | | | 8/22/2007<br>Expense reimbursement | | | | 599.00 |
| Account No. **POINT301**<br><br>**Point.360**<br>**File 50369**<br>**Los Angeles, CA 90074-0369** | - | | | | 9/2010<br>Dubbing services | | | | 234.00 |
| Account No. **POSITI01**<br><br>**Positive Impact Partners, LLC**<br>**20 Murray Hill Parkway., Suite 290**<br>**East Rutherford, NJ 07073** | - | | | | 7/7/2010<br>Agency sales commission | | | | 900.00 |
| Account No. **POWERB01**<br><br>**Power Balance, Inc.**<br>**Attn:  Kim M. Kato**<br>**30012 Ivy Glenn Drive, Suite 170**<br>**Laguna Niguel, CA 92677** | - | | | | 8/16/2010<br>Sponsorship prepayment | | | | 18,750.00 |

Sheet no. \_\_**40**\_\_ of \_\_**56**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,776.96

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**                              Case No. _____

_____,
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **POWERF01**<br><br>**Power Factor, Inc.**<br>**P.O. Box 246**<br>**Polk City, FL 33868** | - | | | | **7/2010-8/2010**<br>**Electric/power services** | | | | 9,205.04 |
| Account No. **POWERT01**<br><br>**Power Trip Rentanls, LLC**<br>**2950 E. Harcourt St.**<br>**Compton, CA 90221** | - | | | | **7/2010-8/2010**<br>**Electric/power services** | | X | | 11,799.23 |
| Account No. **PREMIE03**<br><br>**Premier**<br>**P.O. Box 404351**<br>**Atlanta, GA 30384** | - | | | | **2/7/2007**<br>**Teleconference services** | | | | 1,367.34 |
| Account No. **PRIMEP01**<br><br>**Prime Point Media**<br>**680 Engineering Drive., Suite 170**<br>**Norcross, GA 30092** | - | | | | **9/30/2006**<br>**Advertising** | | | | 510.00 |
| Account No. **PURCHA01**<br><br>**Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** | - | | | | **8/2/2010**<br>**Postage fees** | | | | 1,039.00 |

Sheet no. __41__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    23,920.61

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **PUREGR01** | | | | 7/23/2010 | | | | |
| Pure Green Corp. 5455 Wilshire Blvd., Suite 750 Los Angeles, CA 90036 | - | | | Water purchases | | X | | |
| | | | | | | | | 142.66 |
| Account No. **QUINNR01** | | | | 3/30/2007 | | | | |
| Quinn Rental Services Department 9657 Los Angeles, CA 90084-9657 | - | | | Equipment rental | | X | | |
| | | | | | | | | 1,882.00 |
| Account No. **RAINBO01** | | | | 7/13/2010 | | | | |
| Rainbow Disposal Co., Inc. P.O. Box 1206 Huntington Beach, CA 92647-1026 | - | | | Trash removal services | | | | |
| | | | | | | | | 806.00 |
| Account No. **PARKRE01** | | | | 7/29/2010 | | | | |
| Renaissance Park 301 Hidden Pines Del Mar, CA 92014 | - | | | Design services | | | | |
| | | | | | | | | 7,000.00 |
| Account No. **JENNIN02** | | | | 8/16/2010 | | | | |
| Ric Jennings P.O. Box 2481 Newport Beach, CA 92659 | - | | | Pole removal & Installation | | | | |
| | | | | | | | | 600.00 |

Sheet no. __42__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,430.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**                                     Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RISEUP01**<br><br>**Rise Up!**<br>**1934 Curtis Ave**<br>**Redondo Beach, CA 90278** | - | | 8/2/2010<br>**Advertising** | | | | 235.00 |
| Account No. **RJSMP01**<br><br>**RJSM Partners, LLC**<br>**660 Madison Avenue, 17th Floor**<br>**New York, NY 10065** | - | | 8/16/2010<br>**Business expense reimbursment** | | | | 220,000.00 |
| Account No. **ROCKST01**<br><br>**Rockstar, Inc.**<br>**P.O. Box 27740**<br>**Las Vegas, NV 89126** | - | | 8/16/2010<br>**Sponsorship prepayment** | | | | 75,731.31 |
| Account No. **MARCHE01**<br><br>**Russell Marchewka**<br>**1000 W. MacArthur #104**<br>**Santa Ana, CA 92707** | - | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **SCHERB01**<br><br>**Scherba Industries, Inc.**<br>**2880 Interstate Parkway**<br>**Brunswick, OH 44212** | - | | 7/22/2010<br>**Inflatable images** | | | | 59.00 |

Sheet no. __43__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       296,075.31

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**

Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SCOTTS01** Sean Scott 2301 Pullman Lane Redondo Beach, CA 90278 | - | | 3/31/2007 Expense reimbursement | | | | 597.62 |
| Account No. **SECURI02** Securitas Security Services 192 Ballard Ct., Suite 201 Virginia Beach, VA 23462 | - | | 7/12/2010 Security services | | | | 3,382.00 |
| Account No. **SELECTF01** Select Forest Products, LLC 1730 W. 139th Street Gardena, CA 90249 | - | | 7/15/2010 Commercial lease - warehouse | | | | 2,970.75 |
| Account No. **SENTIN01** Sentinel Event Services P.O. Box 28177 San Diego, CA 92198-0177 | - | | 8/3/2010 Security services | | | | 17,029.50 |
| Account No. Shaun Murphy 4227 Claret Ct Chantilly, VA 20151 | - | | 8/16/2010 Registration fee reimbursement | | | | 50.00 |

Sheet no. __44__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,029.87

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **SIERRA01**<br><br>Sierra Wireless America<br>2200 Faraday Avenue, Suite 150<br>Carlsbad, CA 92008 | - | | | 8/16/2010<br>Sponsorship prepayment | | | | 40,000.00 |
| Account No. **SMARTS01**<br><br>Smart Levels Media<br>16 Hammond<br>Irvine, CA 92618 | - | | | 7/21/2010<br>Printing services | | | | 897.47 |
| Account No. **SMRI0001**<br><br>SMRI<br>6965 El Camino Real, Suite 105-228<br>Carlsbad, CA 92009 | - | | | 7/21/2010<br>Marketing research services | | | | 12,396.98 |
| Account No. **SOCIAL01**<br><br>Social and Environment Enterpreneur<br>22231 Mulholland Hwy, Suite 209<br>Calabasas, CA 91302 | - | | | 7/26/2010<br>Charitable contribution | | | | 2,130.46 |
| Account No. **SOMERS01**<br><br>Somersault Snack Co.<br>200 Gate Five Road, Suite 212<br>Sausalito, CA 94965 | - | | | 8/16/2010<br>Sponsorship prepayment | | | | 3,000.00 |

Sheet no. __45__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,424.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
  **of Volleyball Professionals, Inc.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **SOSGLO01**<br><br>**SOS Global Express Inc.**<br>**P.O. Box 12307**<br>**New Bern, NC 28561-2307** | | - | | **7/7/2010**<br>**Messenger** | | X | | 600.00 |
| Account No. **SPARKM01**<br><br>**Spark Market Solutions LLC**<br>**152 Broad Street**<br>**Red Bank, NJ 07701** | | - | | **7/2/2010**<br>**Agency Sales Commission** | | | | 3,150.00 |
| Account No. **SPARKL02**<br><br>**Sparkletts**<br>**P.O. Box 660579**<br>**Dallas, TX 75266-0579** | | - | | **11/8/2006**<br>**Water** | | X | | 581.77 |
| Account No. **SPORTC01**<br><br>**Sport Chalet**<br>**One Sport Chalet Drive**<br>**La Canada Flintridge, CA 91011** | | - | | **8/16/2010**<br>**Sponsorship prepayment** | | | | 8,500.00 |
| Account No. **2494**<br><br>**Sport Management Research Institute**<br>**c/o Gayle Mayfield-Venieris, Esq.**<br>**Mafield & Associates**<br>**462 Stevens Avenue, Ste. 303**<br>**Solana Beach, CA 92075-2066** | | - | | **03/16/2010**<br>**Marketing analysis services** | | | | 12,396.98 |

Sheet no. __46__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,228.75

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**                                        Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **SPORTS07** | | | | 7/12/2010 Subscription fees | | | | |
| **Sports Business Journal Att: Ashley Swecker Denton 120 W. Morehead St., Ste 310 Charlotte, NC 28202** | | - | | | | | X | |
| | | | | | | | | 199.00 |
| Account No. **STARBU01** | | | | 7/22/2010 Transportation services | | | | |
| **Star Bus Line P.O. Box 41-2356 Los Angeles, CA 90041** | | - | | | | | | |
| | | | | | | | | 3,978.00 |
| Account No. **STATES01** | | | | 7/13/2010 Transportation services | | | | |
| **State Shuttle Worldwide 820 Rt. 15 South Lake Hopatcong, NJ 07849** | | - | | | | | | |
| | | | | | | | | 1,505.00 |
| Account No. **STATZM01** | | | | 7/12/2010 Statician services | | | | |
| **Statzman Media P.O. Box 371812 Denver, CO 80237** | | - | | | | | | |
| | | | | | | | | 28,790.24 |
| Account No. **OWENST01** | | | | 8/12/2010 Referee services | | | | |
| **Stephen Owen 894 Elmwood Dr. Abilene, TX 79605** | | - | | | | | | |
| | | | | | | | | 500.00 |

Sheet no. __47__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    34,972.24

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
     **of Volleyball Professionals, Inc.**                                   Case No. _____
_____ ,
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. **PRATTS01**<br><br>**Stephen Pratt**<br>**174 Crompton Ave**<br>**East Greenwich, RI 02818** | - | | | **8/16/2010**<br>**Business expense reimbursement** | | | | **448.80** |
| Account No. **STREET02**<br><br>**Street Smith's Sports Group**<br>**PO Box 405741**<br>**Atlanta, GA 30384-5741** | - | | | **10/18/2006**<br>**Advertising** | | | | **1,500.00** |
| Account No. **ROSSSU01**<br><br>**Summer Ross**<br>**7216 Daffodil Place**<br>**Carlsbad, CA 92011** | - | | | **8/13/2010**<br>**Prize money** | | | | **350.00** |
| Account No. **SUPREM01**<br><br>**Supreme Parking Services**<br>**7918 De Palma St.**<br>**Downey, CA 90241** | - | | | **8/10/2010**<br>**Parking** | | | | **6,037.00** |
| Account No. **SWEATY01**<br><br>**Sweaty Bands**<br>**6544 Copperleaf Lane**<br>**Cincinnati, OH 45230** | - | | | **8/16/2010**<br>**Sponsorship prepayment** | | | | **5,833.33** |

Sheet no. __48__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
            (Total of this page)    **14,169.13**

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
        **of Volleyball Professionals, Inc.**
                                                                          Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **TMOBIL01** <br><br> **T-Mobile** <br> **P.O. Box 51843** <br> **Los Angeles, CA 90051-6143** | - | | | **7/16/2010** <br> **Telephone services** | | X | | 4,435.08 |
| Account No. **TAABSP01** <br><br> **Taabs Printing & Promotional Produc** <br> **1701 W. Front** <br> **Tyler, TX 75702** | - | | | **7/13/2010** <br> **Printing services** | | | | 7,456.05 |
| Account No. **KUKTAR01** <br><br> **Tara Kuk** <br> **800 Hickory Lane** <br> **Palm Harbor, FL 34683** | | | | **8/16/2010** <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **CLOUD01** <br><br> **Taylor Cloud** <br> **5910 Channel St** <br> **North Myrtle Beach, SC 29582** | - | | | **8/16/2010** <br> **Registration fee reimbursement** | | | | 50.00 |
| Account No. **TEAMDE01** <br><br> **Team Delivery System** <br> **5839 Green Valley Circle #105** <br> **Culver City, CA 90230** | - | | | **7/12/2010** <br> **Messenger** | | X | | 871.82 |

Sheet no. __49__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,862.95

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
**of Volleyball Professionals, Inc.**

Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **SEQUEI01** <br><br> Teresa Sequeira <br> 15727 San Jose St <br> Granada Hills, CA 91344 | | - | | | 2005-2008 <br> Unpaid accrued vacation | | | | 5,598.21 |
| Account No. **THEBEACH01** <br><br> The Beach Reporter <br> P.O. Box 6153 <br> Covina, CA 91722 | | - | | | 8/2010 <br> Print marketing | | | | 1,000.00 |
| Account No. **ICEMAN01** <br><br> The Iceman <br> 8710 Park St <br> Bellflower, CA 90706 | | - | | | 7/22/2010 <br> Catering services | | | | 3,435.00 |
| Account No. **WEST01** <br><br> The Westin San Francisco Market St <br> 50 Third Street <br> San Francisco, CA 94103 | | - | | | 8/16/2010 <br> Hotel lodging fees | | | | 7,913.50 |
| Account No. **ROGERS02** <br><br> Todd Rogers <br> 2678 Janin Way <br> Solvang, CA 93463 | | - | | | 6/21/2010 <br> Consulting fees | | | | 27,500.00 |

Sheet no. __50__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,446.71

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**
                                              Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **SLAUTE01**<br><br>**Tom Slauterbeck**<br>**P.O. Box 7246**<br>**Santa Monica, CA 90406** | - | | | 7/24/2001<br>**2001 prize money** | | | | 150.00 |
| Account No. **TORIIT01**<br><br>**Tom Torii**<br>**748 Rosecrans Avenue**<br>**Manhattan Beach, CA 90266** | - | | | 5/14/2007<br>**Business expense reimbursement** | | | | 60.00 |
| Account No. **JONEST01**<br><br>**Tracy Jones**<br>**5162 Sisson Drive**<br>**Huntington Beach, CA 92649** | | | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |
| Account No. **TRIREN01**<br><br>**Tri-Rentals**<br>**3103 E. Broadway Rd., #400**<br>**Phoenix, AZ 85040** | - | | | 8/16/2007<br>**Rental late charge** | | | | 47.36 |
| Account No. **BITTIKO01**<br><br>**Tristy Bittikofer**<br>**9513 Waterwood Court**<br>**Raleigh, NC 27614** | - | | | 8/16/2010<br>**Registration fee reimbursement** | | | | 50.00 |

Sheet no. __51__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

357.36

B6F (Official Form 6F) (12/07) - Cont.

In re **AVP Pro Beach Volleyball Tour, Inc. fka Association**
    **of Volleyball Professionals, Inc.**        Case No. _____
                                              ,
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **USMARK01** | | | **2009** | | | | |
| **U.S. Marketing & Promotions Agency, 4721 Alla Road Marina Del Rey, CA 90292** | - | | **Event promotion fees/expenses** | | | | 570,946.68 |
| Account No. **ULINE001** | | | **7/19/2010** | | | | |
| **Uline Attn: Accounts Receivable 2200 S. Lakeside Drive Waukegan, IL 60085** | - | | **Equipment expendable** | | | | 883.91 |
| Account No. **UNITED01** | | | **2/4/2004** | | | | |
| **United Parcel Service PO Box 894820 Los Angeles, CA 90189-4820** | - | | **Messenger** | X | | | 0.65 |
| Account No. **UNITED04** | | | **7/7-8/11/10** | | | | |
| **United Site Services, Inc. P.O. Box 5502 Binghamton, NY 13902-5502** | - | | **Fencing/portable facilities** | | | | 32,267.25 |
| Account No. **USATOD01** | | | **9/30/2006** | | | | |
| **USA Today Finance Department P.O. Box 79874 Baltimore, MD 21279-0874** | - | | **Advertising** | | | | 5,953.77 |

Sheet no. __**52**__ of __**56**__ sheets attached to Schedule of                  Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)       **610,052.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**    Case No. _____
    **of Volleyball Professionals, Inc.**
    _____,
    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **VANGUA02** | | | | 7/2010-8/2010 Office maintenance | | | | |
| **Vanguard Cleaning System, Inc. 655 Mariners Island Blvd, #303 San Mateo, CA 94404** | | - | | | | X | | |
| | | | | | | | | 1,067.37 |
| Account No. **VERIZO01** | | | | 10/25/2005 Phone services | | | | |
| **Verizon P.O. Box 4833 Trenton, NJ 08650-4833** | | - | | | | X | X | |
| | | | | | | | | 1,212.36 |
| Account No. **VERIZO02** | | | | 2007-2010 Phone services | | | | |
| **Verizon California P.O. Box 920041 Dallas, TX 75392-0041** | | - | | | | X | X | |
| | | | | | | | | 4,528.99 |
| Account No. **VERIZO05** | | | | 6/21-8/13/10 Phone services | | | | |
| **Verizon Communications P.O. Box 920041 Dallas, TX 75392-0041** | | - | | | | X | X | |
| | | | | | | | | 3,393.54 |
| Account No. **ZANZUC01** | | | | 6/16/2009 Prize money | | | | |
| **Vince Zanzucchi 7702 N. 4th Ave. Phoenix, AZ 85021** | | - | | | | | | |
| | | | | | | | | 75.00 |

Sheet no. __53__ of __56__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    | 10,277.26 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
　　　**of Volleyball Professionals, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **CITYTR01**<br><br>**Virginia Beach Emergency Medical**<br>**477 Viking Drive, Suite 130**<br>**Virginia Beach, VA 23452** | - | | | **6/25/2010**<br>**EMT services** | | | | 1,428.00 |
| Account No. **VISION01**<br><br>**Visionary Forces**<br>**Broadcast Equipment**<br>**148 South Victory Blvd.**<br>**Burbank, CA 91502** | - | | | **8/10/2010**<br>**Equipment rental** | | | | 300.00 |
| Account No. **VITAC001**<br><br>**VITAC**<br>**101 Hillpointe Drive**<br>**Canonsburg, PA 15317-9503** | - | | | **8/10/2010**<br>**TV Production services** | | | | 8,826.50 |
| Account No. **WASTER01**<br><br>**Waste Resources, Inc.**<br>**P.O. Box 2410**<br>**Gardena, CA 90247** | - | | | **7/12/2010**<br>**Trash removal services** | | X | | 473.57 |
| Account No.<br><br>**Wayne Young**<br>**7940 Dunafan Ct**<br>**Frisco, TX 75034** | - | | | **8/16/2010**<br>**Registration fee reimbursement** | | | | 50.00 |

Sheet no. __54__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,078.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**
         **of Volleyball Professionals, Inc.**
                                                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **WELLSF02** <br><br> **Wells Fargo of California** <br> **P.O. Box 39000** <br> **San Francisco, CA 94139** | | - | | **8/11/2010** <br> **Insurance premium** | | X | | 635.00 |
| Account No. **STRICK02** <br><br> **William Strickland** <br> **20350 Big Rock Dr.** <br> **Malibu, CA 90265** | | - | | **8/12/2010** <br> **Legal Services** | | | | 3,528.50 |
| Account No. **WILSON01** <br><br> **Wilson Sporting Goods** <br> **Attn:Enrico DiMario** <br> **8750 W. Bryn Mawr Ave.** <br> **Chicago, IL 60631** | | - | | **7/6/2010** <br> **Merchandising** | | | | 19,574.67 |
| Account No. **WILSON01** <br><br> **Wilson Sporting Goods Co.** <br> **8700 W. Bryn Mawr Avenue** <br> **Chicago, IL 60606** | | - | | **8/16/2010** <br> **Sponsorship prepayment** | | | | 21,111.00 |
| Account No. **ESPNRA01** <br><br> **WMVP-AM ESPN Radio 1000** <br> **190 N State 7th Floor** <br> **Chicago, IL 60601** | | - | | **9/4/2007** <br> **Advertising** | | | | 2,000.00 |

Sheet no. __55__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,849.17

B6F (Official Form 6F) (12/07) - Cont.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association
of Volleyball Professionals, Inc.**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Yariv Lerner<br>927 Flower Avenue<br>Venice, CA 90291** | - | | | **8/16/2010<br>Registration fee reimbursement** | | | | **50.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __56__ of __56__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **50.00**

Total
(Report on Summary of Schedules)  **4,773,364.99**

B6G (Official Form 6G) (12/07)

.

In re  **AVP Pro Beach Volleyball Tour, Inc. fka Association**              Case No. _____
       **of Volleyball Professionals, Inc.**
                                                                        ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Anheuser-Bush, Incorporated<br>One Bush Place<br>Saint Louis, MO 63118 | Sponsorship Agreement |
| Coastal Sol Enterprises, Inc.<br>dba Smack Sportswear<br>22251 Wilmington Ave, Unite A<br>Carson, CA 90745 | Licensing Agreement |
| E. & J. Gallo Winery<br>Barefoot Cellars<br>600 Yosemite Boulevard<br>Modesto, CA 95354 | Sponsorship Agreement |
| Gatorade Company<br>555 West Monroe Street<br>Chicago, IL 60661 | Sponsorship Agreement |
| John Paul Mitchell Systems<br>20705 Centre Pointe Parkway<br>Santa Clarita, CA 91350 | Sponsorship Agreement |
| Johnsonville Sausages LLC<br>N6928 Johnsonville Way<br>Sheboygan Falls, WI 53085 | Sponsorship Agreement |
| KDT Fitness LLC<br>353 E. 300 South<br>Salt Lake City, UT 84111 | Licensing Agreement |
| KFC National Council<br>and Advertising Cooperative, Inc.<br>Attn:  Alan Forsythe<br>1941 Bishop Lane, Suite 1000<br>Louisville, KY 40218 | Sponsorship Agreement |
| Murad Environmental Shield<br>12211 W Washington Blvd., 2nd Floor<br>Los Angeles, CA 90066 | Licensing Agreement |
| New Pop Culture Productions<br>1540 Broadway, 29th Floor<br>New York, NY 10036 | Licensing Agreement |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

In re   **AVP Pro Beach Volleyball Tour, Inc. fka Association**             Case No. _____
      **of Volleyball Professionals, Inc.**

_____,
                                       Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ontario/Acacia Investors**<br>**Attn:  Eugene Friedlander, Partner**<br>**11845 W. Olympic Boulevard**<br>**Suite 1200**<br>**Los Angeles, CA 90064** | **Lease of non-residential real property located at:**<br>**960-A Knox Street**<br>**Torrance, CA  90502** |
| **Pernod Richard USA, LLC**<br>**100 Manhattanville Road,**<br>**Purchase, NY 10577** | **Sponsorship Agreement** |
| **Power Balance LLC.**<br>**Attention:  Kim M. Kato**<br>**30012 Ivy Glenn Drive, Ste. 170**<br>**Laguna Niguel, CA 92677** | **Sponsorship Agreement** |
| **Select Forest Products, LLC**<br>**1730 W. 139th Street**<br>**Gardena, CA 90249** | **Lease for Warehouse located at:**<br>**1730 W. 139th Street**<br>**Gardena, CA  90249** |
| **Sweaty Bands, LLC**<br>**6544 Copperleaf Lane**<br>**Cincinnati, OH 45230** | **Licensing Agreement** |
| **Twinlab Corporation**<br>**Attention:  General Counsel**<br>**632 Broadway, 11th Floor**<br>**New York, NY 10012** | **Sponsorship Agreement** |
| **Welmedix LLC**<br>**Attn:  Avani V. Kanubaddi**<br>**100 Overlook Drive, 2nd Floor**<br>**Princeton, NJ 08540** | **Licensing Agreement** |
| **Wilson Sporting Goods Co.**<br>**Alan Davenport/Enrico DiMario**<br>**8700 W. Bryan Mawr Ave.**<br>**Chicago, IL 60631** | **Licensing Agrreement** |

Sheet  __1__  of  __1__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association**          Case No. _____
    **of Volleyball Professionals, Inc.**

                                      Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re     **AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball
Professionals, Inc.**
_____
                                    Debtor(s)

Case No. _____
Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**72**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 29, 2010**_____

Signature     **/s/ Justin Kamm**_____
              **Justin Kamm**
              **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.**    Case No.

Debtor(s)    Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$6,544,203.02** | **January 1, 2010 - October 28, 2010 Gross Revenue:** |
| **$17,601,080.00** | **2009 Gross Revenue:** |
| **$22,876,331.00** | **2008 Gross Revenue:** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                 SOURCE

---

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850˚.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| JDUB Productions Inc.<br>728 N. Paulina Ave.<br>Redondo Beach, CA 90277 | 8/12/2010 | $23,500.00 | $45,000.00 |
| LandmarkIT, Inc.<br>152 W. Walnut Street, Suite 202<br>Gardena, CA 90248 | 9/08/2010;<br>9/30/2010 and<br>10/15/2010 | $8,737.55 | $4,214.84 |
| Gordon Mahon<br>303 Ocean Drive<br>Manhattan Beach, CA 90266 | 8/09/2010 | $10,000.00 | $0.00 |
| Power Factor, Inc.<br>P.O. Box 246<br>Polk City, FL 33868 | 8/12/2010 | $8,007.30 | $9,205.04 |
| Sentinel Event Services<br>P.O. Box 28177<br>San Diego, CA 92198-0177 | 8/12/10 | $21,750.50 | $17,029.50 |
| Securitas Security Services<br>192 Ballard Ct., Suite 201<br>Virginia Beach, VA 23462 | 8/12/2010 | $10,910.75 | $3,382.00 |
| American Express (Ft. Lauderdale)<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | 8/04/2010;<br>08/09/2010;<br>8/12/2010;<br>8/17/2010; and<br>9/01/2010 | $346,988.58 | $163.22 |

˚ Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Sean Scott<br>2301 Pullman Lane<br>Redondo Beach, CA 90278 | 8/02/2010 | $8,000.00 | $597.62 |
| Nicole Branagh<br>3884 Redondo Beach Boulevard<br>Torrance, CA 90504 | 8/02/2010 | $11,000.00 | $0.00 |
| Phil Dalhausser, LLC<br>5347 Basie Street<br>Ventura, CA 93003 | 8/02/2010 | $11,000.00 | $27,500.00 |
| Hyden Enterprises, Inc.<br>14347 Albers Street, #105<br>Van Nuys, CA 91401 | 8/02/2010 | $8,000.00 | $0.00 |
| Misty May<br>1440 Coral Ridge Drive, #370<br>Pompano Beach, FL 33071 | 8/19/2010 | $11,000.00 | $0.00 |
| Jake Loskutoff<br>1035 19th Street, #4<br>Santa Monica, CA 90403 | 8/06/2010 | $10,134.79 | $0.00 |
| Marc Werschkul<br>3634 Empire Dr.<br>Los Angeles, CA 90034 | 8/06/2010 and 8/13/2010 | $10,697.30 | $13,596.00 |
| Sports Investment Co., LLC<br>333 E. Main Street, Ste. 200<br>Louisville, KY 40202 | 8/09/2010 and 8/12/2010 | $10,680.00 | $0.00 |
| Dennis Wagner<br>1628 Hydenwood Crescent<br>Chesapeake, VA 23321 | 8/09/2010 | $6,135.00 | $0.00 |
| Kerri Walsh<br>c/o The Coburn Kot<br>PO Box 8149<br>Walnut Creek, CA 94596 | 8/05/2010; 8/09/2010; and 8/12/2010 | $17,306.06 | $0.00 |
| Mark Walton<br>2983 Santa Rosa Avenue<br>Glendale, CA 91208 | 8/09/2010 | $6,500.00 | $0.00 |
| East End Volleyball, Inc.<br>42 Squiretown Road<br>Hampton Bays, NY 11946 | 8/12/2010 | $6,400.00 | $0.00 |
| Statzman Media<br>P.O. Box 371812<br>Denver, CO 80237 | 8/12/2010 | $21,372.30 | $28,790.24 |
| Supreme Parking Services<br>7918 De Palma St.<br>Downey, CA 90241 | 8/12/2010 | $6,037.00 | $6,037.00 |
| Kimberly Cantor<br>1921 Manning Avenue, Apt. 6<br>Los Angeles, CA 90025 | 8/06/2010 and 8/13/2010 | $8,609.67 | $0.00 |
| Albert Lau<br>11362 Chenault Street<br>Los Angeles, CA 90049 | 8/13/2010 | $11,076.86 | $0.00 |
| Guglielmi, Ohira, Hall & Yell<br>11755 Wilshire Boulevard, Ste. 1140<br>Los Angeles, CA 90025 | 10/04/2010 and 10/25/2010 | $10,000.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **William Strickland** **20350 Big Rock Dr.** **Malibu, CA 90265** | **8/02/2010;** **8/06/2010; and** **8/13/2010** | **$9,805.00** | **$3,528.50** |

None
☐   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **RJSM Partners** **660 Madison Avenue** **17th Floor** **New York, NY 10065** **   Shareholder of Debtor's parent corporation** | **7/2009 - 10/2009** | **$450,000.00** | **$200,000.00** |
| **Penfolds Management LLC** **660 Madison Avenue, 17th Floor** **New York, NY 10021** | **6/2009 - 10/2009** | **$167,093.41** | **$0.00** |
| **Mike Dodd** **1305 Chruch Street** **Manhattan Beach, CA 90266** **   Former Officer** | **10/2009 - 8/2010** | **$81,715.34** | **$0.00** |
| **Jason Whitney Hodell** **300 Gold Brush Way** **Pasadena, CA 21112** **   Former Officer and Director** | **10/2009 - 8/2010** | **$266,371.13** | **$130,000.00** |
| **Justin Kamm** **960 Knox Street, Unit A** **Torrance, CA 90502** **   Chief Executive Officer, Chief Financial Offier and Drictor** | **10/2009 - 10/2010** | **$197,206.18** | **$0.00** |
| **Canyon Ceman** **1223 Wilshire Boulevard, Ste. 854** **Santa Monica, CA 90403** **   Former Officer** | **10/2009 - 8/2010** | **$79,459.82** | **$2,118.37** |
| **Teresa Sequeira** **15727 San Jose St** **Granada Hills, CA 91344** **   Controller** | **10/2009 - 10/2010** | **$145,960.12** | **$5,598.21** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Clarendon National Insurance Co vs. AVP Pro Beach Volleyball Case No.  BC423495** | **Civil** | **Los Angeles County Superior Court** **Central District Courthouse** **111 N. HII Street** **Los Angeles, CA 90012** | **Dismissed** |

5

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **AVP Pro Beach Volleyball Tour, Inc. vs. HD Worldwide Enterprises, LLC Case No.  10C01267** | **Civil** | **Los Angeles Superior Court Santa Monica Courthouse 1725 Main Street Santa Monica, CA  90401** | **Dismissed** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.  Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

6

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LANDSBERG & ASSOCIATES**<br>**A Professional Law Corporation**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436** | | **$40,000** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America**<br>**Sepulveda-Devonshire Branch**<br>**PO Box 37176**<br>**San Francisco, CA 94137-0176** | **Business Checking Account No. 9024;**<br>**$0.00 Balance.** | **$0.00; Closed 8/2010** |
| **Morgan Stanley Smith Barney LLC**<br>**444 South Flower Street**<br>**35th Floor**<br>**Los Angeles, CA 90071** | **Investment Account No. 5014; $0.00**<br>**Balance.** | **$0.00 Closed on 1/2010** |

7

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

8

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity
securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **GSBB a division of J.H Cohn LLP**<br>**21700 Oxnard Street, 7th Floor**<br>**Woodland Hills, CA 91367** | **2008 - 2009** |

9

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Teresa Sequeira**<br>**960 Knox Street**<br>**Unit A**<br>**Torrance, CA 90502** | **2005 - 2010** |
| **Anthony R. Hall, CPA**<br>**Guglielmi, Ohira, Hall & Yen**<br>**11755 Wilshire Boulevard, Suite 1140**<br>**Los Angeles, CA 90025** | **2010** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **GSBB a division of J.H Cohn**<br>**LLP** | **21700 Oxnard Blvd., 7th Floor**<br>**Woodland Hills, CA 91367** | **2008 - 2009** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Teresa Sequeira** | **960 Knox Street**<br>**Unit A**<br>**Torrance, CA 90502** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Justin Kamm**<br>**960 Knox Street, Unit A**<br>**Torrance, CA 90502** | **Director, Chief Financial Officer**<br>**and Chief Executive Officer** | **No stock ownership.** |

10

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Potter**<br>**960 Knox Street, Unit A**<br>**Torrance, CA 90502** | **Director** | **No stock ownership.** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Jason Whitney Hodell**<br>**300 Gold Brush Way**<br>**Pasadena, MD 21112** | **Former Officer and Director** | **08/13/2010** |
| **Canyon Ceman**<br>**1223 Willshire Boulevard, Ste. 854**<br>**Santa Monica, CA 90403** | **Officer** | **08/13/2010** |
| **Mike Dodd**<br>**1305 Church Street**<br>**Manhattan Beach, CA 90266** | **Officer** | **08/13/2010** |
| **Tony Ponturo**<br>**960 Knox Street, Unit A**<br>**Torrance, CA 90502** | **Director** | **8/13/2010** |
| **Tom Fox**<br>**960 Knox Street, Unit A**<br>**Torrance, CA 90502** | **Director** | **8/13/2010** |
| **Steve Felsher**<br>**960 Knox Street, Unit A**<br>**Torrance, CA 90502** | **Director** | **8/13/2010** |
| **Sam Kennedy**<br>**960 Knox Street, Unit A**<br>**Torrance, CA 90502** | **Director** | **5/10/2010** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Justin Kamm**<br>**960 Knox Street, Unit A**<br>**Torrance, CA 90502**<br>  **Director, Chief Financial Officer and Chief**<br>**Executive Officer** | **2009 - 2010**<br>**Salary** | **$197,206.18** |
| **Teresa Sequeira**<br>**15727 San Jose St**<br>**Granada Hills, CA 91344**<br>  **Controller** | **2009 - 2010**<br>**Salary** | **$145,960.12** |

11

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **RJSM Partners, LLC** **660 Madison Avenue, 17th Floor** **New York, NY 10065** **    Shareholder of Debtor's parent corporation** | **7/2009 - 10/2009** **Stock Redemption** | **$450,000.00** |
| **Jason Whitney Hodell** **300 Gold Brush Way** **MD 21112** **    Officer and Director** | **2009 - 2010** **$256,410.09** **Salary** **$9,961.04** **Expense reimbursements** | **$266,371.13** |
| **Penfolds Management LLC** **660 Madison Avenue, 17th Floor** **New York, NY 10021** **    A shareholder of AVP, Inc. is also a member** **of Penfolds Management LLC** | **6/2009 - 10/2009** **Expense reimbursement** | **$167,093.41** |
| **Mike Dodd** **1305 Church Street** **Manhattan Beach, CA 90266** **    Former Officer** | **2010** **Salary** | **$81,715.34** |
| **Canyon Ceman** **1223 Willshire Boulevard, Ste. 854** **Santa Monica, CA 90403** **    Former Officer** | **2009 - 2010** **Salary** | **$79,459.82** |

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION
**AVP, Inc.**

TAXPAYER IDENTIFICATION NUMBER (EIN)
**98-0142664**

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**October 29, 2010**_____    Signature __**/s/ Justin Kamm**_____
                                                                **Justin Kamm**
                                                                **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## ATTACHMENT 19D TO STATEMENT OF FINANCIAL AFFAIRS

| FULLNAME | ADDRESS LINE 1 | ADDRESS LINE 2 | ADDRESS LINE 3 | DATE ISSUED |
|---|---|---|---|---|
| EXCHANGES CONTROL FOR CLASS T02 | C/O COMPUTERSHARE SHAREHOLDER SVCS | 250 ROYALL ST | CANTON  02021-1011 | 2008 |
| RANDALL CHAFETZ | 14 EAST 75TH ST APT 9D | NEW YORK NY  10021 | | 2008 |
| JOHN SCHEFFEL | 610 MONTCLAIR DRIVE | APT B | WILMINGTON NC  28403-8430 | 2008 |
| STEPHEN GALAT | 1950 S OCEAN DR | APT 19G | HALNDLE BCH FL  33009-7915 | 2008 |
| JOAN NAYLOR | 548 VICTORIA TER | FT LAUDERDALE FL  33301 | | 2008 |
| LOUIS MELITO | 33 CENTRAL BLVD | MERRICK NY  11566 | | 2008 |
| TRACEY MUHHILL | 18 HILLTOP RISE | FARMHILL | DOUGLAS IM2 2LE, UNITED KINGDOM, IM2 2LE | 2008 |
| ZANON JORDAN & CO PC | 22 SAW MILL RIVER ROAD | HAWTHORNE NY  10532-1533 | | 2008 |
| LAWRENCE BERK | 15 W 53RD ST APT 28D | NEW YORK NY  10019-5401 | | 2008 |
| CRAIG ROSMARIN CUST MATTHEW WALKER ROSMARIN UGMA NY | CUST MATTHEW WALKER ROSMARIN | UGMA NY | 4 GERDA LN, HARRISON NY, 10528-3923 | 2008 |
| KEN R STEWART | 6513 N LAGOON DR | PANAMA CITY FL  32408-3730 | | 2008 |
| NEAL GROSSMAN | 768 CEDAR POINT PLACE | WESTLAKE VILLAGE CA  91362 | | 2008 |
| WILLIAM A MAROVITZ | 2800 NORTH LAKESHORE DR | CHICAGO IL  60657 | | 2008 |
| JEFF BERG | 8942 WILSHIRE BLVD 3RD FLOOR | BEVERLY HILLS CA  90211 | | 2008 |
| STETSON CAPITAL FUND LP | C/O THERESA KOBEL | DAVIS POLK & WARDELL | 450 LEXINGTON AVE., ROOM 1260, NEW YORK, NY 10017 | 2008 |
| LEE CLOW | 37 MARGUERITE DRIVE | PALOS VERDES CA  90275 | | 2008 |
| TOM CARROLL | 86 TEABOLD PLACE | RYE NY  10580 | | 2008 |
| RICHARD NANULA | 6325 SEA STAR DRIVE | MALIBU CA  90265 | | 2008 |
| GOLDEN BOY ENTERPRISES LLC | 626 WILSHIRE BLVD SUITE 350 | LOS ANGELES CA  90017 | | 2008 |
| STEPHEN A UNGER & KATHLEEN UNGER/THE UNGER FAMILY TRUST | KATHLEEN UNGER | TR UA 09-AUG-96 | THE UNGER FAMILY TRUST, 27 SEA COLONY DRIVE, SANTA MONICA, CA  90405 | 2008 |
| KAY KOPLOVITZ | 145 CENTRAL PARK WEST NBR 24C | NEW YORK NY  10023 | | 2008 |
| LAURIE COOTS | 11043 BARMAN AVENUE | CULVER CITY CA  90230 | | 2008 |
| RON CONWAY | 2000 WASHINGTON ST NBR 3 | SAN FRANSICO CA  94109 | | 2008 |
| CRAIG C EWERT | 233 COLLEGE STREET | CRYSTAL LAKE IL  60014-6041 | | 2008 |
| CHARLES E POWELL | 3027 N GILBERT RD | MESA AZ  85203 | | 2008 |
| LEIGH STEINBERG | 1280 BISON AVE | NEWPORT BEACH CA  92660-4258 | | 2008 |
| JEFF MOORAD | 1244 CAVE ST | LA JOLLA CA  92037-3601 | | 2008 |
| BEN HOROWITZ | 171 SELBY LN | ATHERTON CA  94027-3959 | | 2008 |
| PAT CONNOLLY | 2140 CLAYTON DR | MENLO PARK CA  94025-6223 | | 2008 |
| AMTRUST INTERNATIONAL INSURANCE LTD | INSURANCE LTD | 10451 MILL RUN CIRCLE | OWINGS MILLS MD  21117 | 2008 |
| LARA HODGSON | 2224 NORTHSIDE DRIVE | ATLANTA GA  30305 | | 2008 |
| PHILIP POLISHOOK | 14928 LA CUMBRE DRIVE | PACIFIC PALISADES CA  90272 | | 2008 |
| MOHAMMED AREF | 506 EL MEDIO AVE | PACIFIC PLSDS CA  90272-4222 | | 2008 |
| SUSAN L SALMELA & ANTHONY R ROSSINI/THE RAY ROSSINI FAMILY TRUST | ANTHONY R ROSSINI | TR UA 17-OCT-05 | THE RAY ROSSINI FAMILY TRUST, 215 10TH AVE. S. UNIT 502, MINNEAPOLIS, MN 55415-1784 | 2008 |
| WILLIAM CHARDAVOYNE | 155 MAXINE COURT | OCEANSIDE NY  11572 | | 2008 |
| PHILIP GUARASCIO | C/O NATIONAL FOOTBALL LEAGUE | 280 PARK AVE | NEW YORK NY  10017 | 2008 |
| CAROL ANN TALIERCIO | 155 MAXINE COURT | OCEANSIDE NY  11572 | | 2008 |
| BRETT YORMARK | C/O NETS BASKETBALL | 390 MURRAY HILL PARKWAY | EAST RUTHERFORD NJ  07073 | 2008 |
| KATHY VRABECK | 11 VIA EMILIA | NEWPORT BEACH CA  92657 | | 2008 |
| ROBIN RICHARDS | 23920 LINDEN TERRACE | CALABASAS CA  91302 | | 2008 |
| STEPHEN CARAGOL | 26025 VISTA VALLEY COURT | STEAMBOAT SPRINGS CO  80487 | | 2008 |
| JEAN E MOORE | 510 CEDAR AVENUE N | HUDSON WI  54016 | | 2008 |
| HEATHER NEAVERSON | PO BOX 283 | KERIKERI BAY OF ISLANDS 0470 | NEW ZEALAND | 2008 |
| DIANA DOMINICK | 404 TENAKILL DRIVE | NORTHVALE NJ  07647 | | 2008 |
| FOX SPORTS NET INC | 10201 WEST PICO BLVD | BLDG 103 SUITE 3143 | LOS ANGELES CA  90035 | 2008 |
| MLB ADVANCED MEDIA LP | 75 NINTH AVE | NEW YORK NY  10011 | | 2008 |
| KRISTINA MARIA DYER & IAN SCOT DYER TEN COM | IAN SCOT DYER TEN COM | 806 E AVE PICO I-260 | SAN CLEMENTE CA  92673-5639 | 2008 |
| NATIONAL BROADCASTING COMPANY INC | 30 ROCKEFELLER PLAZA | SUITE 1541E | NEW YORK NY  10112 | 2008 |
| RJSM PARTNERS LLC | 660 MADISON AVE | 17TH FLR | NEW YORK NY  10065 | 2008 |
| STATE CONTROLLER STATE OF CALIFORNIA | STATE OF CALIFORNIA | BUREAU OF UNCLAIMED PROPERTY | 3301 C STREET SUITE 700, SACRAMENTO CA  95816 | 2008 |
| CEDE & CO  (1) | PO BOX 20 | BOWLING GREEN STN | NEW YORK NY  10274 | 2008 |
| EXCITE@HOME | 900 EAST HAMILTON AVE | SUITE 100 | CAMPBELL, CA  95008 | 2008 |
| MIKE HOMER | 242 ATHERTON AVE | | ATHERTON, CA 94027 | 2008 |
| SHAQUILLE O' NEAL | 21650 OXNARD STREET | SUITE 1925  WARNER CENTER PLAZA III | WOODLAND HILLS, CA 91367-7826 | 2008 |
| ROB GLASER | 2601 ELLIOTT AVENUE | | SEATTLE, WA 98121 | 2008 |
| PETER GODFREY | 128 BEACHSIDE AVENUE | | WESTPORT, CT 06880 | 2008 |
| QUINCY JONES | 3800 BARHAM BLVD | SUITE 503 | LOS ANGELES, CA 90068 | 2008 |
| ANDY STURNER | 100 GOLDEN BEACH DRIVE | | GOLDEN BEACH, FL 33160 | 2008 |
| JEFF TREUHAFT | 2680 YORKTOWN DRIVE | | MOUNTAIN VIEW, CA 94040 | 2008 |
| LEW WOLFF | 11828 LA GRANGE AVE | SUITE 200 | LOS ANGELES, CA 90025 | 2008 |
| STEVE RIFKIND | 8750 WILSHIRE BLVD | 2ND FLOOR | BEVERLY HILLS, CA 90211 | 2008 |
| EAMON MCCONNELL | 69A CASTELLANA | | LONDON SW1S 9RT, ENGLAND | 2008 |
| LAWRENCE BERK | 15 WEST 55TH STREET | | NEW YORK, NY 10019 | 2008 |
| SHAI STERN | 43 MAPLE AVENUE | | CEDARHURST, NY 11516 | 2008 |
| ROBERT TUCKER | 31033 BUTTERMILK CT | | EVERGREEN, CO 80439 | 2008 |
| BLUE RHINO INVESTMENTS/VELMA IVA | 7349 PEBBLE CT | | NIWOT, CO 80503 | 2008 |
| ROBERT RALEIGH | 11510 E DORADO AVE | | ENGLEWOOD, CO 08011 | 2008 |

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re | Case No.: |
|---|---|
| **AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 40,000.00 |
| Prior to the filing of this statement I have received | $ 40,000.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; and exemption planning.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 29, 2010** | **/s/ Ian S. Landsberg, Esq.** |
| *Date* | **Ian S. Landsberg, Esq.** |
| | *Signature of Attorney* |
| | **LANDSBERG & ASSOCIATES, A Professional Law Corporation** |
| | *Name of Law Firm* |
| | **16030 Ventura Blvd., Suite 470** |
| | **Encino, CA 91436** |
| | **(818) 705-2777  Fax: (818) 705-3777** |

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name  **Ian S. Landsberg, Esq.**

Address  **16030 Ventura Blvd., Suite 470 Encino, CA 91436**

Telephone  **(818) 705-2777 Fax: (818) 705-3777**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| List all names including trade names used by Debtor(s) within last 8 years:<br>**AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.**<br>**DBA AVP, Inc.** | Case No.: |
|---|---|
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __39__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **October 29, 2010**                    **/s/ Justin Kamm**

                                              **Justin Kamm**/**Chief Executive Officer**
                                              Signer/Title

Date:  **October 29, 2010**                    **/s/ Ian S. Landsberg, Esq.**

                                              Signature of Attorney
                                              **Ian S. Landsberg, Esq.**
                                              **LANDSBERG & ASSOCIATES, A Professional Law Corporation**
                                              **16030 Ventura Blvd., Suite 470**
                                              **Encino, CA 91436**
                                              **(818) 705-2777   Fax: (818) 705-3777**

AVP Pro Beach Volleyball Tour, Inc. fka Association of VcP
960 Knox Street, Suite A
Torrance, CA 90502


Ian S. Landsberg, Esq.
LANDSBERG & ASSOCIATES, A Professional Law Corporation
16030 Ventura Blvd., Suite 470
Encino, CA 91436


1800 Conference (R)
P. O. Box 8103
Aurora, IL 60507


1st Priority Services, Inc.
P.O. Box 87410
Carol Stream, IL 60188


5 Alarm Music
35 West Dayton Street
Pasadena, CA 91105


AAA Flag & Banner MFG., Co.
8955 National Boulevard
Los Angeles, CA 90034


Adam Roberts
4006 N. Ocean Boulevard
Myrtle Beach, SC 29577


Adam Roberts
4006 N. Ocean Blvd
Myrtle Beach, SC 29577

Advanced Electronics
2601 Manhattan Beach Boulevard
Redondo Beach, CA 90278


Agnieszka Pregowska
4544 Westlawn Avenue
Los Angeles, CA 90066


Alaska Airlines-SEASA
19300 International Blvd.
Seattle, WA 98188


Albert Lau
11362 Chenault Street
Los Angeles, CA 90049


Alex Brown
150 W. Eugenie #9
Chicago, IL 60614


Alexander Novitski
106 Water Land Way
Frederick, MD 21702


Alicia Polzin
22430 Domingo Rd
Woodland Hills, CA 91364


American Airlines Arena
601 Biscayne Blvd
Miami, FL 33132

American Express (Ft. Lauderdale)
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


AMI Graphics, LLC
P.O. Box 157
Center Strafford, NH 03815-0157


ANC Sports Enterprises, LLC
P.O. Box 30047
New York, NY 10087-0047


Andre Melo
1528 se 7th street
Deerfield Beach, FL 33441


Anheuser-Busch Sales, Beach Cities
20499 Reeves Ave.
Long Beach, CA 90810


Anheuser-Busch, Inc.
One Bush Place
Saint Louis, MO 63118


Anheuser-Bush, Incorporated
One Bush Place
Saint Louis, MO 63118


ASCAP
2675 Paces Ferry Rd., Ste. 350
Atlanta, GA 30339

AT Conference
P.O. Box 2939
Southampton, NY 11969


AT&T
Payment Center
Sacramento, CA 95887-0001


AT&T
P.O. Box 105068
Atlanta, GA 30348


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


ATN Promo, Model & Staffing
559 W. Diversity Pkwy, #100
Chicago, IL 60614


Aztec Tents & Events
2665 Columbia Street
Torrance, CA 90503


Bandit Studio Rentals Inc.
5430 Las Virgenes Rd.
Calabasas, CA 91302


Barclay Business LLC
112 Fifth Ave.
Belmar, NJ 07719

Beiersdorf, Inc.
187 Danbury Road
Wilton, CT 06897


Bexel
P.O. Box 951736
Dallas, TX 75395-1736


Blame It On Mariah Inc. FSO Blair B
23407 Berwick Place
Valencia, CA 91354-2404


Bobcat
58-64A Maurice Ave
Maspeth, NY 11378


Borough of Seaside Heights
P.O. Box 38
Seaside Heights, NJ 08751


Bowers Ambulance
P.O. Box 80152
City of Industry, CA 91716-8152


Brener Zwikel & Associates Inc.
6901 Canby Avenue, Suite 105
Reseda, CA 91335


Brian Singer
19021 Leatherbark Drive
Germantown, MD 20874

Brian Tillman
1 Forest Trace Ct.
Columbia, SC 29204


Brig Beatie
525 E. Pine
Fresno, CA 93728


Broadcast Camera Services Inc.
3163 Marwick Ave.
Long Beach, CA 90808


Broadcast Camera Services, Inc.
c/o Nicola Stanjevick
3163 Marwick Avenue
Long Beach, CA 90808


California Pizza Kitchen
Attn: Carol Flynn
6053 West Century Blvd., #100
Los Angeles, CA 90045


Canyon Ceman
1223 Wilshire Blvd. #854
Santa Monica, CA 90403


Carpet Corner
18508 Hawthorne Blvd
Torrance, CA 90504


Carter Rental-The CAT Rental Store
P.O. Box 751053
Charlotte, NC 28275-1053

Casa Vittoria
400 Ocean Ave.
Belmar, NJ 07719


CBS Outdoor
P.O. Box 33074
Newark, NJ 07188-0074


CDW Direct, LLC
P.O. Box 75723
Chicago, IL 60675-5723


Chicago - Classic Party Rentals
9480 W. 55th Street
La Grange, IL 60525-3636


Chicago Park District
541 North Fairbanks Ct.
Chicago, IL 60611


Chris Brown
2120 Circle Drive
Hermosa Beach, CA 90254


Chris Cooper
3306 Eastover Ridge Dr
Charlotte, NC 28211


Chris Mcgee Inc.
324 4th Street
Manhattan Beach, CA 90266

Christopher Ceballos
24456 Ward St., A
Torrance, CA 90505

CIT Technology Fin Serv, Inc.
PO Box 100706
Pasadena, CA 91189-0706

City Fixed Income Currencies
227 W. Monroe, Suite 2400
Chicago, IL 60606

City Light & Power
2961 Redondo Avenue
Long Beach, CA 90806

City of Huntington Beach
Attn: Chris Cole
1706 Orange Ave.
Huntington Beach, CA 92648

City of Long Beach
Parking Citations
P.O. Box 22766
Long Beach, CA 90801-5766

City of Virginia Beach
2401 Courthouse Drive
Virginia Beach, VA 23456

Civicom, Inc.
P.O. Box 4689
Greenwich, CT 06831

Classic Party Rentals
2310 E. Imperial Highway
El Segundo, CA 90245


Clear Channel
File #56710
Los Angeles, CA 90074-6710


Coastal Media Group
26660 Agoura Road
Calabasas, CA 91302


Coastal Sol Enterprises, Inc.
22251 Wilmington Ave
Team Sports Superstone
Carson, CA 90745


Coastal Sol Enterprises, Inc.
dba Smack Sportswear
22251 Wilmington Ave, Unite A
Carson, CA 90745


Cogent Communications, Inc.
P.O. Box 791087
Baltimore, MD 21279-1087


Collins Computing, Inc.
Attn: Accounting
26050 Acero Street
Mission Viejo, CA 92691


Comcast Network
P.O. Box 8686
Philadelphia, PA 19178

Computer Palace
Advance Computer Corp.
11322 Santa Monica Blvd.
Los Angeles, CA 90025


Computershare
4229 Collection Centre Drive
Chicago, IL 60693


Consolidated Disposal Svc
P.O. Box 78010
Phoenix, AZ 85062


Contiki Holidays
801 E Katella Avenue
Anaheim, CA 92805


Cort Tradeshow Furnishings
3455 W Sunset Rd, Suite A
Las Vegas, NV 89118


Council of VBVRS, Inc.
1917 Artic Ave.
Virginia Beach, VA 23451


Craftsman Industries, Inc.
P.O. Box 953073
Saint Louis, MO 63195


Craig Elledge
4845 Atoll Ave.
Sherman Oaks, CA 91423

Crunch Park
300 Sunset Avenue
Cashmere, WA 98815


Crystal Clear Ice Co.
2112 W. Rice St.
Chicago, IL 60622


Cuisine & Company
2648 Quality Court
Virginia Beach, VA 23454


Dalton Trucking, Inc.
P.O. Box 5025
Fontana, CA 92334


Danko Lordanov
20812 Wilder Ave
Lakewood, CA 90715


Dave Williams
703 Pier Ave, Suite B117
Hermosa Beach, CA 90254


David DiPierro
1710 SW 2nd Ave
Pompano Beach, FL 33060


David Goodman
48332 Bay Landing Dr.
Virginia Beach, VA 23455

David S. Taylor
409 Monument Pl.
Elizabethton, TN 37643


Deloitte Tax LLP
111 South Wacker Drive, 26th Floor
Chicago, IL 60606


Department of Beaches and Harbors
13483 Fiji Way - Tr. #2
Marina Del Rey, CA 90292


Dept of Motor Vehicles
P.O. Box 942894
Sacramento, CA 94294-0894


Deutsche Bank AG
60 Wall Street, 21st Floor
New York, NY 10005


Digitaria Interactive, Inc.
533 F Street, Suite 300
San Diego, CA 92101


Direction Promo, Inc.
213 W. Institute Place, #602
Chicago, IL 60613


DiVenture Marketing Group
23016 Lake Forest Drive, Suite 260
Laguna Hills, CA 92653

```
DOGSWELL
1964 Westwood Blvd, Suite 350
Los Angeles, CA 90025


Drew Vaughn
318 14th Ave N
Hopkins, MN 55343


E. & J. Gallo Winery
Barefoot Cellars
600 Yosemite Blvd
Modesto, CA 95354


E. & J. Gallo Winery
Barefoot Cellars
600 Yosemite Boulevard
Modesto, CA 95354


Edgewise Media Inc.
602 N. Cypress Street
Orange, CA 92867


Elvis Rodriquez
825 W. 179th Street, #4C
New York, NY 10033


Engineered Custom System, Inc.
811 N. Catalina, Ste 2200
Redondo Beach, CA 90277-2192


ESPN, Inc. Advertising Sales
13039 Collections Center Drive
Chicago, IL 60693
```

Executive Moving System, Inc.
2910 White Star Ave.
Anaheim, CA 92806


Federal Express
P.O. Box 7221
Pasadena, CA 91109-7321


FedEx Office
P.O. Box 672085
Dallas, TX 75267


Fiji Water
11444 Olympic Blvd, Suite 210
Los Angeles, CA 90064


Flat Iron
Dept. 2195
Denver, CO 80271-2195


Foley Incorporated
P.O. Box 8500-7605
Spring Mount, PA 19478-7605


Frank Stanley
P.O. Box 270337
Fort Collins, CO 80527-0337


Gannett NJ Newspaper
3601 Highway 66
Neptune, NJ 07754-1556

Gatorade
555 West Monroe, Ste 10-2
Chicago, IL 60661


Gatorade Company
555 West Monroe Street
Chicago, IL 60661


Gene Wade
1423 Automne Circle, Apartment D
Virginia Beach, VA 23451


GES Exposition Services, Inc.
7050 Lindell Ave.
Las Vegas, NV 89118


Giants Enterprises
Atten: Jana Steel
24 Wallie Mays Plaza
San Francisco, CA 94107


Gordie Mahon
303 Ocean Drive
Manhattan Beach, CA 90266


Gregg Stoneham
305 English Oaks Dr. #5
Fayetteville, NC 28314


Hennessey's Taverns
Attn: Camille Shakkour
1845 S. Elena Street #300
Redondo Beach, CA 90277

Hertz Equipment Rental
P.O. Box 26390
Oklahoma City, OK 73126-0390


Hertz Equipment Rental Corporation
P.O. Box 650280
Dallas, TX 75265-0280


HSBC Securities (USA) Inc.
452 Fifth Avenue, 8th Floor
New York, NY 10018


IEG, LLC
640 North LaSalle, Ste 450
Chicago, IL 60610-3777


Image IV
512 S. Varney Street
Burbank, CA 91502


Iron Mountain Records Mgmt
P.O. Box 601002
Los Angeles, CA 90060-1002


Ivan Mercer
80 16th St.
Hermosa Beach, CA 90254


J.H. Cohn, LLP
11755 Wilshire Boulevard, 17th Fl.
Los Angeles, CA 90025

Janis Dixon
100 Captaine Graves
Williamsburg, VA 23185


Jason Olive
3509 Purdue Ave.
Los Angeles, CA 90066


Jason Whitney Hodell
300 Gold Brush Way
Pasadena, MD 21112


JDP Publishing Group
774 Marsh Street, Suite C
San Luis Obispo, CA 93401


JDUB Productions Inc.
728 N. Paulina Ave.
Redondo Beach, CA 90277


Jeff Ernsberger
917 Saint Circle
Virginia Beach, VA 23454


Jeff Murrell
3401 Ocean Drive Apt 2
Manhattan Beach, CA 90266


Jennifer Solm
725 N. Aberdeen #201
Chicago, IL 60642

Jeremy Evan Roueche
578 Washington Blvd #436
Marina Del Rey, CA 90292


Jill Sheets
613 Sanderson Drive
Durham, NC 27704


Jim VanZwieten
860 NW 49th Ave
Pompano Beach, FL 33063


John Paul Mitchell Systems
20705 Centre Pointe Parkway
Santa Clarita, CA 91350


John Rodriguez
25092 Farthing Street, #17
Lake Forest, CA 92630


Johnsonville Sausages LLC
N6928 Johnsonville Way
Sheboygan Falls, WI 53085


Jose Alfonso Orozco Arias
6623 San Carlos St.
Paramount, CA 90723


Josee Vaillant
13116 Electric Ct
Virginia Beach, VA 23451

K1 Speed
17221 Von Karman Avenue
Irvine, CA 92614


Katherine Danielle Vaughan
AKA Kathryn Lindquist
15 Cinnamon Lane
Rancho Palos Verdes, CA 90275


Katie Jameson
20622 Elizabeth Lane
Huntington Beach, CA 92646


KDT Fitness LLC
353 E. 300 South
Salt Lake City, UT 84111


Kelly O'Rourke
7393 West Manchester Ave, Apt 107
Los Angeles, CA 90045


Kerri Walsh
Kerri Walsh c/o The Coburn Kot
P.O Box 8149
Walnut Creek, CA 94596-8149


Kevin M. Cullen
2001 Pacific Coast Highway #15
Hermosa Beach, CA 90254


KFC National Council
and Advertising Cooperative, Inc.
Attn: Alan Forsythe
1941 Bishop Lane, Suite 1000
Louisville, KY 40218

KFC National Council and
Advertising Cooperative, Inc.
Attention: Alan Forsythe
1941 Bishop Lane, Suite 1000
Louisville, KY 40218


Kim Whitney
1940 Del Oro Ct
Dunedin, FL 34698


Kinko's
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085


KITS-FM
Attn: Finance Dept
865 Battery St.
San Francisco, CA 94111-1503


KKLZ-FM
1445 East Tropicana, Suite 800
Las Vegas, NV 89119


Kohler Rental Power, Inc.
7766 Collection Center Drive
Chicago, IL 60693


Labor Ready Mid-Atlanta, Inc.
PO Box 31001-0257
Pasadena, CA 91110-0257


Labor Ready Midwest
P.O. Box 31001-0257
Pasadena, CA 91110-0257

Labor Ready Southwest, Inc.
P.O. Box 31001-0257
Pasadena, CA 91110-0257


LandmarkIT, Inc.
152 W. Walnut Street, Suite 202
Gardena, CA 90248


Larabar/Cascadian Farm
P.O. Box 18932
Denver, CO 80218


Leilani Kamahoahoa
7631 Kittyhawk St.
Los Angeles, CA 90045


Level (3) Enhanced Services, LLC
Accounts Receivable
P.O. Box 952061
Saint Louis, MO 63195-2061


Leverage PR, LLC
Attn: Stuart Goldstein
597 Fifth Avenue, 4th Floor
New York, NY 10017


LexisNexis
P.O. Box 894166
Los Angeles, CA 90189-4166


Linda Lang
605 Bowden Road
Chapel Hill, NC 27516

Links Screen Printing Inc.
300 N. Sepulveda Blvd, #1007
El Segundo, CA 90245


List Partners, Inc.
1440 Dutch Valley Place Ne
Suite 1000
Atlanta, GA 30324


Littler Mendelson, P.C.
P.O. Box 45547
San Francisco, CA 94145-0547


Loeb & Loeb
345 Park Avenue
New York, NY 10154-0037


Los Angeles County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027


Louisiana Transportation Inc.
P.O. Box 71934
Cincinnati, OH 45271-2934


Lucas Wisniakowski
840 Penn St
El Segundo, CA 90245


Mammoth Mountain Ski Area LLC
P.O. Box 230040
Encinitas, CA 92023-0040

Manhattan Beach Toyota
1500 N. Sepulveda
Manhattan Beach, CA 90266-5110


Manhattan Beach Unified School Dist
Attn: Facilitates Coordinator
325 South Peck Avenue
Manhattan Beach, CA 90266


Marc Werschkul
3634 Empire Dr.
Los Angeles, CA 90034


Mathew H. Gage
44 16th Street
Hermosa Beach, CA 90254


McCabe & Company
122 Voyage Mall
Marina Del Rey, CA 90292


McCormick Ambulance
13933 S. Crenshaw Boulevard.
Hawthorne, CA 90250


MCI Comm Service
27732 Network Pl.
Chicago, IL 60673-1277


MedAssets, Inc.
222 North Sepulveda, Suite 1100
El Segundo, CA 90245

Meltwater News
50 Fremont Street, Suite 200
San Francisco, CA 94105


Midway Ice & Fuel
1400 Hwy. 35 at New York Ave.
Neptune, NJ 07753


Mike Placek
14255 Mango Dr.
Del Mar, CA 92014


Mike Warren
2345 Court Circle
Virginia Beach, VA 23453


Millennium Radio New Jersey
P.O. Box 19356A
Newark, NJ 07195-0356


MotherLode Volleyball Productions,
P.O. Box 2676
Avon, CO 81620


Murad Environmental Shield
12211 W Washington Blvd., 2nd Floor
Los Angeles, CA 90066


Murphy Productions, Inc.
20351 Irvine Ave., Suite C-5
Newport Beach, CA 92660

Music Express
P.O. Box 894552
Los Angeles, CA 90189-4552


Nancy Ferguson
1648 10th St.
Manhattan Beach, CA 90266


National Media, Inc.
P.O. Box 6153
Covina, CA 91722


New England Sports Enterprises, LLC
301 Yamato Road, Suite 2200
Boca Raton, FL 33431


New Jersey Press Media
P.O. Box 677599
Dallas, TX 75267


New Pop Culture Productions
1540 Broadway, 29th Floor
New York, NY 10036


Newman Hospitality
703 Pier Ave, B-815
Hermosa Beach, CA 90254


Nicholas Korbe
418 9th St.
Virginia Beach, VA 23451

North American Sand
Soccer Championships
2276 Recreation Drive
Virginia Beach, VA 23456


Office Max
P.O. Box 79515
City of Industry, CA 91716-0095


Oguz Degirmenci
4800 University Drive #28 B
Durham, NC 27707


Ohio Department of Taxation
P.O. Box 16678
Columbus, OH 43216-6678


Ohio Treasurer of State
P.O. Box 182101
Columbus, OH 43218-2101


Ontario/Acacia Investors
c/o Ruby Management Company
11845 W. Olympic Blvd., Suite 1200
Los Angeles, CA 90064


Ontario/Acacia Investors
Attn: Eugene Friedlander, Partner
11845 W. Olympic Boulevard
Suite 1200
Los Angeles, CA 90064


Ooyala, Inc.
800 W. El Camino Real, Suite 350
Mountain View, CA 94040

Pacific Ambulance
P.O. Box 80154
City of Industry, CA 91716


Pacific Motor Service
P.O. Box 303
Charlestown, IN 47111


Pacific Production Services, Inc.
1481 E. 4th Street
Los Angeles, CA 90033


Padres Contra El Cancer
10220 Riverside Drive, Suite B
North Hollywood, CA 91602


PAETEC
P.O. Box 1283
Buffalo, NY 14240-1283


Panther Graphics
236 Calle Miramar, Suite 4
Redondo Beach, CA 90277


Patten Industries, Inc.
635 W. Lake St.
Elmhurst, IL 60126


Paul Tedeschi
21 Sheldon Road
Cohasset, MA 02025

PCI
P.O. Box 3353
San Dimas, CA 91773-7353


Penske Truck Leasing Co., L.P.
PO Box 7429
Pasadena, CA 91109-7429


Pernod Ricard USA
401 Park Avenue South, 7th Floor
New York, NY 10016


Pernod Richard USA, LLC
100 Manhattanville Road,
Purchase, NY 10577


Phil Dalhausser, LLC
5347 Basie Street
Ventura, CA 93003


Physician Sales & Service 1028
1938 W. Malvern Ave
Fullerton, CA 92833-2105


Pitney Bowes Global
Financial Services
P.O. Box 856460
Louisville, KY 40285-6460


Playground Studios
3124 Sam Houston Cir
Fort Collins, CO 80526

Point.360
File 50369
Los Angeles, CA 90074-0369

Positive Impact Partners, LLC
20 Murray Hill Parkway., Suite 290
East Rutherford, NJ 07073

Power Balance LLC.
Attention: Kim M. Kato
30012 Ivy Glenn Drive, Ste. 170
Laguna Niguel, CA 92677

Power Balance, Inc.
Attn: Kim M. Kato
30012 Ivy Glenn Drive, Suite 170
Laguna Niguel, CA 92677

Power Factor, Inc.
P.O. Box 246
Polk City, FL 33868

Power Trip Rentanls, LLC
2950 E. Harcourt St.
Compton, CA 90221

Premier
P.O. Box 404351
Atlanta, GA 30384

Prime Point Media
680 Engineering Drive., Suite 170
Norcross, GA 30092

Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Pure Green Corp.
5455 Wilshire Blvd., Suite 750
Los Angeles, CA 90036


Quinn Rental Services
Department 9657
Los Angeles, CA 90084-9657


Rainbow Disposal Co., Inc.
P.O. Box 1206
Huntington Beach, CA 92647-1026


Renaissance Park
301 Hidden Pines
Del Mar, CA 92014


Ric Jennings
P.O. Box 2481
Newport Beach, CA 92659


Rise Up!
1934 Curtis Ave
Redondo Beach, CA 90278


RJSM Partners, LLC
660 Madison Avenue, 17th Floor
New York, NY 10065

Rockstar, Inc.
P.O. Box 27740
Las Vegas, NV 89126


Russell Marchewka
1000 W. MacArthur #104
Santa Ana, CA 92707


Scherba Industries, Inc.
2880 Interstate Parkway
Brunswick, OH 44212


Sean Scott
2301 Pullman Lane
Redondo Beach, CA 90278


Securitas Security Services
192 Ballard Ct., Suite 201
Virginia Beach, VA 23462


Select Forest Products, LLC
1730 W. 139th Street
Gardena, CA 90249


Sentinel Event Services
P.O. Box 28177
San Diego, CA 92198-0177


Shaun Murphy
4227 Claret Ct
Chantilly, VA 20151

Sierra Wireless America
2200 Faraday Avenue, Suite 150
Carlsbad, CA 92008

Smart Levels Media
16 Hammond
Irvine, CA 92618

SMRI
6965 El Camino Real, Suite 105-228
Carlsbad, CA 92009

Social and Environment Enterpreneur
22231 Mulholland Hwy, Suite 209
Calabasas, CA 91302

Somersault Snack Co.
200 Gate Five Road, Suite 212
Sausalito, CA 94965

SOS Global Express Inc.
P.O. Box 12307
New Bern, NC 28561-2307

Spark Market Solutions LLC
152 Broad Street
Red Bank, NJ 07701

Sparkletts
P.O. Box 660579
Dallas, TX 75266-0579

Sport Chalet
One Sport Chalet Drive
La Canada Flintridge, CA 91011


Sport Management Research Institute
c/o Gayle Mayfield-Venieris, Esq.
Mafield & Associates
462 Stevens Avenue, Ste. 303
Solana Beach, CA 92075-2066


Sports Business Journal
Att: Ashley Swecker Denton
120 W. Morehead St., Ste 310
Charlotte, NC 28202


Star Bus Line
P.O. Box 41-2356
Los Angeles, CA 90041


State Shuttle Worldwide
820 Rt. 15
South Lake Hopatcong, NJ 07849


Statzman Media
P.O. Box 371812
Denver, CO 80237


Stephen Owen
894 Elmwood Dr.
Abilene, TX 79605


Stephen Pratt
174 Crompton Ave
East Greenwich, RI 02818

Street Smith's Sports Group
PO Box 405741
Atlanta, GA 30384-5741


Summer Ross
7216 Daffodil Place
Carlsbad, CA 92011


Supreme Parking Services
7918 De Palma St.
Downey, CA 90241


Sweaty Bands
6544 Copperleaf Lane
Cincinnati, OH 45230


Sweaty Bands, LLC
6544 Copperleaf Lane
Cincinnati, OH 45230


T-Mobile
P.O. Box 51843
Los Angeles, CA 90051-6143


Taabs Printing & Promotional Produc
1701 W. Front
Tyler, TX 75702


Tara Kuk
800 Hickory Lane
Palm Harbor, FL 34683

Taylor Cloud
5910 Channel St
North Myrtle Beach, SC 29582


Team Delivery System
5839 Green Valley Circle #105
Culver City, CA 90230


Teresa Sequeira
15727 San Jose St
Granada Hills, CA 91344


The Beach Reporter
P.O. Box 6153
Covina, CA 91722


The Iceman
8710 Park St
Bellflower, CA 90706


The Westin San Francisco Market St
50 Third Street
San Francisco, CA 94103


Todd Rogers
2678 Janin Way
Solvang, CA 93463


Tom Slauterbeck
P.O. Box 7246
Santa Monica, CA 90406

Tom Torii
748 Rosecrans Avenue
Manhattan Beach, CA 90266


Tracy Jones
5162 Sisson Drive
Huntington Beach, CA 92649


Tri-Rentals
3103 E. Broadway Rd., #400
Phoenix, AZ 85040


Tristy Bittikofer
9513 Waterwood Court
Raleigh, NC 27614


Twinlab Corporation
Attention: General Counsel
632 Broadway, 11th Floor
New York, NY 10012


U.S. Marketing & Promotions Agency,
4721 Alla Road
Marina Del Rey, CA 90292


Uline
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085


United Parcel Service
PO Box 894820
Los Angeles, CA 90189-4820

United Site Services, Inc.
P.O. Box 5502
Binghamton, NY 13902-5502

USA Today
Finance Department
P.O. Box 79874
Baltimore, MD 21279-0874

Vanguard Cleaning System, Inc.
655 Mariners Island Blvd, #303
San Mateo, CA 94404

Verizon
P.O. Box 4833
Trenton, NJ 08650-4833

Verizon California
P.O. Box 920041
Dallas, TX 75392-0041

Verizon Communications
P.O. Box 920041
Dallas, TX 75392-0041

Vince Zanzucchi
7702 N. 4th Ave.
Phoenix, AZ 85021

Virginia Beach Emergency Medical
477 Viking Drive, Suite 130
Virginia Beach, VA 23452

```
Visionary Forces
Broadcast Equipment
148 South Victory Blvd.
Burbank, CA 91502


VITAC
101 Hillpointe Drive
Canonsburg, PA 15317-9503


Waste Resources, Inc.
P.O. Box 2410
Gardena, CA 90247


Wayne Young
7940 Dunafan Ct
Frisco, TX 75034


Wells Fargo of California
P.O. Box 39000
San Francisco, CA 94139


Welmedix LLC
Attn:  Avani V. Kanubaddi
100 Overlook Drive, 2nd Floor
Princeton, NJ 08540


William Strickland
20350 Big Rock Dr.
Malibu, CA 90265


Wilson Sporting Goods
Attn:Enrico DiMario
8750 W. Bryn Mawr Ave.
Chicago, IL 60631
```

```
Wilson Sporting Goods Co.
8700 W. Bryn Mawr Avenue
Chicago, IL 60606


Wilson Sporting Goods Co.
Alan Davenport/Enrico DiMario
8700 W. Bryan Mawr Ave.
Chicago, IL 60631


WMVP-AM ESPN Radio 1000
190 N State 7th Floor
Chicago, IL 60601


Yariv Lerner
927 Flower Avenue
Venice, CA 90291
```

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Ian S. Landsberg, Esq.**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436**<br>**(818) 705-2777 Fax: (818) 705-3777**<br>California State Bar Number: **137431**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**AVP Pro Beach Volleyball Tour, Inc. fka Association of Volleyball Professionals, Inc.** | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:   **11** |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

**Corporate Ownership Statement Pursuant to**
**F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5**

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Ian S. Landsberg, Esq.**   , the undersigned in the above-captioned case, hereby declare
<em>(Print Name of Attorney or Declarant)</em>

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☒ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**AVP, Inc.**

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Ian S. Landsberg, Esq.**                          **10/29/2010**
Signature of Attorney or Declarant                    Date

**Ian S. Landsberg, Esq.**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.