Ian S. Landsberg (SBN 137431)
Brigitte Gomelsky (SBN 255717)
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
16030 Ventura Boulevard, Suite 470
Encino, California 91436
Telephone: (818) 855-5900
Facsimile: (818) 855-5910
Email: ilandsberg@landsberg-law.com
Email: bgomelsky@landsberg-law.com

[Proposed] Attorneys for AVP, Inc., and
AVP Pro Beach Volleyball Tour, Inc., Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AVP PRO BEACH VOLLEYBALL TOUR, INC.,[1]<br><br>　　　　Debtor and Debtor in Possession<br><br>In re<br><br>AVP, INC.,[2]<br><br>　　　　Debtor and Debtor in Possession<br><br>☒ Affects all Debtors. | Case No. 2:10-bk-56761<br>Chapter 11<br>(Jointly Administered)<br><br>Case No. 2:10-bk-56777<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF IAN S. LANDSBERG IN SUPPORT OF DEBTORS' MOTION FOR ORDER AUTHORIZING AND APPROVING THE SALE OF ASSETS FREE AND CLEAR OF LIENS**<br><br>Hearing:<br>Date:　December 15, 2010<br>Time:　11:00 a.m.<br>Place:　Ctrm "1475"<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

---

[1] The Debtor is AVP Pro Beach Volleyball Tour, Inc., a Delaware corporation, Federal Tax ID No. 95-4868964. The Debtor's address is 960 Knox Street, Suite A, Torrance, California, 90502.

[2] The Debtor is AVP, Inc., a Delaware corporation, Federal Tax ID No. 98-0142664. The Debtor's address is 960 Knox Street, Suite A, Torrance, California, 90502.

2139.002

## **DECLARATION OF IAN S. LANDSBERG**

I, IAN S. LANDSBERG, hereby declare and state as follows:

1. I am a shareholder and attorney at Landsberg & Associates, A Professional Law Corporation, proposed counsel for AVP, Inc., a Delaware corporation ("AVP"), and AVP Pro Beach Volleyball Tour, Inc., a Delaware corporation ("AVP Pro Beach"), the above-captioned jointly administered debtors and debtors-in-possession herein (the "Debtors"). The facts set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of the Motion for Order Authorizing and Approving the Sale of Assets Free and Clear of Liens (the "Sale Motion"), scheduled for hearing tomorrow, December 15, 2010 at 11:00 a.m.

3. The deadline to submit overbids expired yesterday, December 13, 2010 at 5:00 p.m.

4. As of the time of this declaration, no overbids have been received. Accordingly, the Debtors request that the Court grant the Sale Motion, as modified at the initial hearing on December 2, 2010, and approve the sale of the assets to DFA PVA II Partners, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of December 2010, at Encino, California.

By:    */s/ Ian S. Landsberg*
      _____
      IAN S. LANDSBERG