Ian S. Landsberg (SBN 137431)
Brigitte Gomelsky (SBN 255717)
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
16030 Ventura Boulevard, Suite 470
Encino, California 91436
Telephone: (818) 855-5900
Facsimile: (818) 855-5910
Email: ilandsberg@landsberg-law.com
Email: bgomelsky@landsberg-law.com

[Proposed] Attorneys for AVP, Inc., and
AVP Pro Beach Volleyball Tour, Inc., Debtors and Debtors in Possession

| FILED & ENTERED |
| :---: |
| DEC 15 2010 |
| CLERK U.S. BANKRUPTCY COURT |
| Central District of California |
| BY beaucham DEPUTY CLERK |

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re

AVP PRO BEACH VOLLEYBALL TOUR, INC.,[1]

        Debtor and Debtor in Possession

In re

AVP, INC.,[2]

        Debtor and Debtor in Possession

Affects all Debtors.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:10-bk-56761BB
Chapter 11
(Jointly Administered)

Case No. 2:10-bk-56777BB
Chapter 11
(Jointly Administered)

**ORDER GRANTING MOTION TO ESTABLISH BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS**

Date:   November 10, 2010
Time:  10:00 a.m.
Ctrm:  "1475"
        255 E. Temple Street,
        Los Angeles, CA 90012

---

[1] The Debtor is AVP Pro Beach Volleyball Tour, Inc., a Delaware corporation, Federal Tax ID No. 95-4868964. The Debtor's address is 960 Knox Street, Suite A, Torrance, California, 90502.

[2] The Debtor is AVP, Inc., a Delaware corporation, Federal Tax ID No. 98-0142664. The Debtor's address is 960 Knox Street, Suite A, Torrance, California, 90502.

2139.002

A hearing was held on November 10, 2010 at 10:00 a.m., before the Honorable Sheri Bluebond, United States Bankruptcy Judge for the Central District of California, in Courtroom "1475", located at 255 E. Temple Street, Los Angeles, California, to consider the "Debtors' Motion for Order Establishing Bidding Procedures for the Sale of Substantially All of the Estates' Assets " (the "Motion"), filed by AVP, Inc., a Delaware corporation ("AVP"), and AVP Pro Beach Volleyball Tour, Inc., a Delaware corporation ("AVP Pro Beach"), the Chapter 11 debtors and debtors in possession in the above-referenced, jointly-administered Chapter 11 cases ("AVP" and "AVP Pro Beach" respectively, and collectively, the "Debtors").  All represented parties are as stated on the record at the hearing.

This Court, having considered the Motion, the Declaration of Justin Kamm in support of the Motion, the entire record in these Chapter 11 cases, the statements, representations and argument of counsel at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, no objections to the Motion having been filed, the findings made on the record at the hearing on the Motion, and for other good and adequate cause shown,

**IT IS HEREBY ORDERED** as follows:

1. **Prospective purchasers shall have to and including the close of business on November 29, 2010 to qualify to bid on the assets that are the subject of the sale.**

2. **The Court shall conduct a hearing on the sale at 10:00 a.m. on December 2, 2010.**

3. **Parties in interest shall have to and including November 24, 2010 to file and serve objections to the sale.**

4. **Replies to any objections to the sale motion shall be filed and served not later than November 29, 2010.**

2139.002

5.  **Except as otherwise set forth herein,** the Debtors' Motion is **GRANTED**.

####

Respectfully submitted by:
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**

By:  */s/ Ian S. Landsberg*
     Ian S. Landsberg, Esq.
     Brigitte Gomelsky, Esq.
[Proposed] Attorneys for AVP, Inc., and
AVP Pro Beach Volleyball Tour, Inc., Debtors and Debtors in Possession

DATED: December 15, 2010

_____
United States Bankruptcy Judge

3

2139.002

# **PROOF OF SERVICE**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  *16030 Ventura Boulevard, Suite 470, Encino, CA  91436*

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION TO ESTABLISH  BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

*Via Messenger*

*US Bankruptcy Court*
Central District of Los Angeles
Los Angeles Division
**Attn:  Honorable Sheri Bluebond Chambers**
255 East Temple Street, Courtroom 1475
Los Angeles, CA  90012

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 1, 2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *December 1, 2010* | Rebeca B. Benitez | */s/ Rebeca B. Benitez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

2139.002

# **SERVICE LIST**

*Via US First Class Mail*

| | |
|---|---|
| *US Bankruptcy Court* | *Attorneys for DFA PVA Partners, II, LLC.* |
| Central District of Los Angeles | Sal LaVina, Esq. |
| Los Angeles Division | Eisner Frank & Kahan, |
| **Attn: Honorable Sheri Bluebond Chamber** | A Professional Law Corporation |
| 255 East Temple Street, Courtroom 1475 | 9601 Wilshire Boulevard, Suite 700 |
| Los Angeles, CA  90012 | Beverly Hills, CA  90210 |
| | |
| *Office of the United States Trustee* | *Attorney for Secured Creditor* |
| Los Angeles Divisions | *RSJM Partners, LLC* |
| 725 South Figueroa Street, Suite 2600 | David L. Neale, Esq. |
| Los Angeles, CA  90017 | Levene, Neale, Bender, Yoo & Brill L.L.P. |
| | 10250 Constellation Boulevard, Suite 1700 |
| | Los Angeles, CA  90067 |

2139.002

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION TO ESTABLISH BIDDING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE ESTATES' ASSETS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  December 1, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- *Russell Clementson*           *russell.clementson@usdoj.gov*
- *Ian Landsberg*                *ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com*
- *David L. Neale*               *dln@lnbrb.com*
- *United States Trustee (LA)*   *ustpregion16.la.ecf@usdoj.gov*

☐  Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒  Service information continued on attached page

6

2139.002

# **ENTERED ORDER SERVICE LIST**

*Via US First Class Mail*

*Office of the United States Trustee*
Los Angeles Divisions
725 South Figueroa Street, Suite 2600
Los Angeles, CA 90017

*Attorney for Secured Creditor*
 *RSJM Partners, LLC*
David L. Neale, Esq.
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

*Attorneys for DFA PVA Partners, II, LLC.*
Sal LaVina, Esq.
Eisner Frank & Kahan,
A Professional Law Corporation
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210

*20 Largest Unsecured Creditors*

Beierdorf, Inc.
187 Danbury Road
Wilton, CT 06897

E. & J. Gallo Winery
Barefoot Cellars
Attention: Richard Grey
600 Yosemite Boulevard
Modesto, CA 05354

ESPN, Inc. Advertising Sales
13039 Collections Center Drive
Chicago, IL 60693

Gatorade
555 West Monroe, Ste. 10-2
Chicago, IL 60661

Giants Enterprises
Attention: Jane Steel
24 Wallie Mays Plaza
San Francisco, CA 94107

Jason Whitney Hodell
300 Gold Brush Way
Pasadena, MD 21122

JDUB Productions Inc.
728 N. Paulina Ave.
Redondo Beach, CA 90277

John Paul Mitchell Systems
20705 Centre Pointe Parkway
Santa Clarita, Ca 91350

Johnsonville Sausages, LLC
N6928 Johnsonville Way
Sheboygan Falls, WI 53085

KFC National Council And Advertising Cooperative, Inc.
Attention: Alan Forsythe
1941 Bishop Lane, Suite 1000
Louisville, KY 40218

Leverage PR, LLC
Attn: Stuart Goldstein
888 7th Avenue, 16th Floor
New York, NY 10019

Louisiana Transportation Inc.
7800 East Little York, Ste B
Houston, TX 77016

Murphy Productions, Inc
20351 Irvine Avenue, Ste. C-5
Newport Beach, CA 92660

Ontario/Acacia Investors
c/o Ruby Management Company
11845 W. Olympic Boulevard, Ste. 1200
Los Angeles, CA 90064

2139.002

| | | |
|---|---|---|
| 1 | Pernod Ricard USA<br>401 Park Avenue South, 7th Floor<br>New York, NY  10016 | RJSM Partners, LLC<br>660 Madison Avenue, 17th Floor<br>New York, NY  10065 |
| | Rockstar, Inc.<br>Agent for Service of Process<br>101 Convention Center Drive, Ste. 700<br>Las Vegas, NV  89109 | Sierra Wireless America<br>2200 Faraday Avenue, Suite 150<br>Carlsbad, CA 92008 |
| | Rockstar, Inc.<br>Agent for Service of Process (CA)<br>1395 Garden Hwy, Ste. 100<br>Sacramento, CA  95833 | United Site Services, Inc.<br>Agent for Service of Process<br>c/o CT Corporation Services, Inc.<br>111 eighth Avenue<br>New York, NY  10011 |
| | Rockstar, Inc.<br>P.O. Box 27740<br>Las Vegas, NV  89126 | United Site Services, Inc.<br>Kevin P. Bruce, CEO<br>200 Freiberg Parkway<br>Westborough, Massachusetts, 01581 |
| | U.S. Marketing & Promotions Agency<br>4721 Alla Road<br>Marina del Rey, CA  90292 | |

***Other Interested Parties***

| | |
|---|---|
| Citi Capital<br>c/o Advanced Business Systems<br>19748 Dearborn Street<br>Chatsworth, CA 91311 | Select Forest Products, LLC<br>1730 W. 130th Street<br>Gardena, CA  90249 |
| Power Balance LLC.<br>Attention:  Kim M. Kato<br>30012 Ivy Glenn Drive, Ste. 170<br>Laguna Niguel, CA  92677 | Sweaty Brands, LLC<br>6544 Copperleaf Lane<br>Cincinnati, OH  45230 |
| Twinlab Corporation<br>Attention:  General Counsel<br>632 Broadway, 11th Floor<br>New York, NY  10012 | Welmedix LLC<br>Attention:  Avani V. Kanubaddi<br>100 Overlook Drive, 2nd Floor<br>Princeton, NJ  08540 |
| Anheuser-Bush, Inc.<br>One Bush Place<br>Saint Louis, MO 63118 | Coastal Sol Enterprises, Inc.<br>dba Smack Sportswear<br>22251 Wilmington Avenue, Unit A<br>Carson, CA  90745 |
| KDT Fitness LLC<br>353 E. 300 South<br>Salt Lake City, UT  84111 | Murad Environmental Shield<br>12211 W. Washington Blvd., 2nd Floor<br>Los Angeles, CA  90066 |
| New Pop Culture Productions<br>1540 Broadway, 29th Floor<br>New York, NY  10036 | |

2139.002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

9

2139.002