Ian S. Landsberg (SBN 137431)
Brigitte Gomelsky (SBN 255717)
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
16030 Ventura Boulevard, Suite 470
Encino, California 91436
Telephone:  (818) 855-5900
Facsimile:   (818) 855-5910
Email:  ilandsberg@landsberg-law.com
Email:  bgomelsky@landsberg-law.com

[Proposed] Attorneys for AVP, Inc., and
AVP Pro Beach Volleyball Tour, Inc., Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-56761 |
| AVP PRO BEACH VOLLEYBALL TOUR, INC.,[1] | Chapter 11 (Jointly Administered) |
| | Case No. 2:10-bk-56777 |
| Debtor and Debtor in Possession | Chapter 11 (Jointly Administered) |
| In re | |
| AVP, INC.,[2] | **CASE MANAGEMENT CONFERENCE REPORT** |
| Debtor and Debtor in Possession | <u>Hearing:</u> Date:    December 29, 2010 Time:   10:00 a.m. Place:  Ctrm "1475" 255 E. Temple Street Los Angeles, CA 90012 |
| ☒ Affects all Debtors. | |

---

[1] The Debtor is AVP Pro Beach Volleyball Tour, Inc., a Delaware corporation, Federal Tax ID No. 95-4868964.  The Debtor's address is 960 Knox Street, Suite A, Torrance, California, 90502.

[2] The Debtor is AVP, Inc., a Delaware corporation, Federal Tax ID No. 98-0142664.  The Debtor's address is 960 Knox Street, Suite A, Torrance, California, 90502.

2139.002

1   **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE;**

2   **THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED**

3   **PARTIES:**

4          AVP, Inc., a Delaware corporation ("<u>AVP</u>"), and AVP Pro Beach Volleyball Tour, Inc., a

5   Delaware corporation ("<u>AVP Pro Beach</u>"), the Chapter 11 debtors and debtors in possession in the

6   above-referenced, jointly-administered Chapter 11 cases ("<u>AVP</u>" and "<u>AVP Pro Beach</u>"

7   respectively, and collectively, the "<u>Debtors</u>"), hereby file their status conference report (the "<u>Status</u>

8   <u>Report</u>") in support of the *Order Setting Scheduling and Case Management Conference*, entered

9   November 10, 2010 (the "<u>Court's Order</u>").

10  **A.        The Debtors' Business and Financial History**

11         AVP is a leading lifestyle sports entertainment company focused on the production,

12  marketing and distribution of professional beach volleyball events worldwide.  AVP operates the

13  industry's most prominent professional beach volleyball tournaments in the United States through

14  its wholly-owned subsidiary, AVP Pro Beach.

15         AVP Pro Beach is the sole nationally recognized men's and women's U.S. professional

16  beach volleyball tour.  The top U.S. men's and women's beach volleyball professionals, including

17  the women's and men's gold medalists at the 2008 Olympic Games, competed in the AVP Pro

18  Beach tour.  AVP Pro Beach has over 200 of the top volleyball professional players under

19  exclusive contracts, as well as a strong base of spectators that represent an attractive audience for

20  national, regional, and local sponsors.

21         AVP was formed in 1990 and is owned almost entirely by shareholders RJSM Partners,

22  LLC ("<u>RJSM</u>")[5], Cede & Co., AmTrust International Insurance Ltd., Fox Sports Net Inc., MLB

23  Advanced Media LP and National Broadcasting Company Inc.[3]  AVP Pro Beach is wholly owned

24  by AVP, and was acquired by AVP in 2005.  The Debtors' operations were financed primarily by

25  RJSM, which invested and advanced a total of approximately $5.4 million.

26

27         [5] RJSM owns a 72% interest in the Debtor AVP.  The Debtor AVP Pro Beach is a wholly-owned subsidiary of
the Debtor AVP.

28         [3] Debtors' assets were sold in a bankruptcy court auction on December 15, 2010.

As the operating entity between the Debtors, the majority of AVP Pro Beach's revenue was gained from sponsorship agreements, advertising and broadcast sales, sales from admissions tickets, food, beverage, and merchandise at tournaments, trademark licensing and contracting with players in the AVP Pro Beach and associated activities. A sponsor-dependent sport, AVP Pro Beach previously generated more than 80% of revenues from corporate sponsors. As stated above, RJSM invested additional approximately $5.4 million to fund operations of AVP Pro Beach. As the economic climate changed in the last approximately one-year, so did the Debtors' business operations. This year AVP Pro Beach lost some of its substantial sponsors. Others were unable to pay their obligations to the Debtors in the ordinary course of business. The inability to collect receivables at a sufficient rate to pay payables affected the Debtors' cash flow. Moreover, the Debtors were unable to secure funds to continue their day-to-day operations. AVP Pro Beach was scheduled to host twelve (12) major events this season but canceled its five (5) remaining tournaments.

As of the Petition Date, the Debtors' assets consist primarily of furnishings, fixtures and equipment, trucks and trailers, and intellectual property.

As of the Petition Date, AVP Pro Beach only had two remaining employees, the Chief Executive Officer and the Controller.

As mentioned above, AVP has one secured claim of record held in favor of RJSM.[4] AVP Pro Beach has no secured claims of record. The Debtors' unsecured debts exceed approximately $5,000,000.

**B.**   **Status Discussion**

**1.**   The actual timing of these bankruptcy cases was related to, among other things, the Debtors' inability to secure funds to continue their day-to-day operations, including the inability to collect receivables at a sufficient rate to pay payables thereby affecting the Debtors' cash flow. The causation of these cases is the Debtors' lack of working capital, insufficient funds on hand and the Debtors' inability to satisfy ongoing obligations. In order to preserve the value of the Debtors'

---

[4] This secured lien will be released upon entry of an order approving the sale of Debtors' assets.

1  assets for the benefit of creditors, the Debtors determined that the commencement of these

2  bankruptcy cases was necessary and proper.

3      **2.**    The Debtors' goal in these cases was to have a successful sale of the Debtors' assets

4  for the benefit of the estates and all creditors.  This was accomplished on December 15, 2010

5  where this Court granted Debtors' motion for sale of assets to DFA PVA II Partners, LLC

6  ("<u>DFA</u>").  Debtors are currently awaiting entry of this order.

7      **3.**    At this time there are no material disputes or problems.

8      **4.**    Not applicable.

9      **5.**    As of the date of the filing of this Status Report, the Debtors have performed all of its

10  duties under 11 U.S.C. §§ 521, 1106 and 1107.  The Debtors attended their Initial Debtor Interview

11  and the 11 U.S.C. § 341(a) meeting.  The Debtors have complied with the U.S. Trustee's

12  requirements.

13      The Debtors submitted all of the Seven Day Package materials, with the exception of the

14  statement of issues, which should be submitted to the Office of the United States Trustee prior to

15  this hearing.  The Debtors will also forward the signature cards as soon as they are received.  Aside

16  from this item, the Debtors are in the process of completing their Monthly Operating Reports.

17      **6.**    As stated above, RJSM is currently a secured creditor of AVP.  However, upon

18  closing of the sale, this lien will be released.

19      **7.**    The Debtors are currently using cash consistent with the terms of the order

20  authorizing use of cash collateral.

21  **C.**    <u>**Retention of Professionals**</u>

22      Prior to the commencement of this case, the Debtors retained Landsberg & Associates, A

23  Professional Law Corporation (the "<u>Landsberg Firm</u>") as general bankruptcy counsel.  The

24  application to employ the Landsberg Firm was filed on November 25, 2010.  The Order seeking to

25  authorize the Landsberg Firm's employment is currently pending with the Court.

26      The Debtors may seek to employ an accountant if and when it becomes necessary for

27  purposes of preparing tax returns and any other tax issues, should the need arise.

28  **D.**    <u>**Evidence of Projected Income and Expenses for the First Six Months of the Cases**</u>

1    On December 6, 2010, the Court entered the Final Order authorizing the Debtors to obtain

2  post-petition financing from RJSM through the date of closing of the sale.

3  **E.    Proposed Deadlines for Filing Claims and Objections to Claims**

4    The Debtors propose that the deadline for filing proofs of claim be in or around February 28,

5  2011.

6  **F.    Proposed Deadline for Filing Plan and Disclosure Statement**

7    The Debtors propose that the deadline for filing Disclosure Statement and Plan of

8  Reorganization be in or around April 1, 2011.

9  **G.    Discussion of any Significant Unexpired Leases and Executory Contracts**

10    As discussed above, the Debtors intend to reject unnecessary obligations, if any.  In the

11  event there are any unexpired leases and executory contracts to reject, the Debtors will do so within

12  the time constraints imposed by the Bankruptcy Code.  The Debtors do not intend to assume any

13  unexpired leases and executory contracts, if any.

14
15  Dated:  December 16, 2010                    **LANDSBERG & ASSOCIATES**
                                                   **A Professional Law Corporation**

16                                                 By:    */s/ Ian S. Landsberg*
17                                                      Ian S. Landsberg
                                                      Brigitte Gomelsky
18                                                 [Proposed] Attorneys for AVP, Inc. and
                                                   AVP Pro Beach Volleyball Tour, Inc., Debtors and
19                                                 Debtors in Possession

20
21
22
23
24
25
26
27
28

5

# PROOF OF SERVICE

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  *16030 Ventura Boulevard, Suite 470, Encino, CA  91436*

A true and correct copy of the foregoing document described as:

## CASE MANAGEMENT CONFERENCE REPORT

 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

*Via Messenger*

***US Bankruptcy Court***
Central District of Los Angeles
Los Angeles Division
**Attn:  Honorable Sheri Bluebond Chamber**
255 East Temple Street, Courtroom 1475
Los Angeles, CA  90012

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 16, 2010 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- *Louis J Cisz    lcisz@nixonpeabody.com*
- *Russell Clementson    russell.clementson@usdoj.gov*
- *Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com*
- *David L. Neale    dln@lnbrb.com*
- *Raymond A Policar    policarlaw@att.net*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 16, 2010    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/12/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *December  16, 2010* | Rebeca B. Benitez | */s/ Rebeca B. Benitez* |
|---|---|---|
| Date | Type Name | Signature |

# **SERVICE LIST**

***Via US First Class Mail***

***Attorney for Secured Creditor
RSJM Partners, LLC and DFA PVA
Partners II, LLC***
David L. Neale, Esq.
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

***Office of the United States Trustee***
Los Angeles Divisions
725 South Figueroa Street, Suite 2600
Los Angeles, CA 90017


***20 Largest Unsecured Creditors***

***Attorneys for Beirsdorf, Inc.***
Louis J. Cisk, III, Esq.
Nixon Peobody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

ESPN, Inc. Advertising Sales
13039 Collections Center Drive
Chicago, IL 60693

Giants Enterprises
Attention: Jane Steel
24 Wallie Mays Plaza
San Francisco, CA 94107

JDUB Productions Inc.
728 N. Paulina Ave.
Redondo Beach, CA 90277

Johnsonville Sausages, LLC
N6928 Johnsonville Way
Sheboygan Falls, WI 53085

Leverage PR, LLC
Attn: Stuart Goldstein
888 7th Avenue, 16th Floor
New York, NY 10019

***Attorneys for DFA PVA Partners, II, LLC.***
Sal LaVina, Esq.
Eisner Frank & Kahan,
A Professional Law Corporation
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210

***Attorneys for Landlord Ontario Acacia
Investors***
Paul M. Kelley, Esq.
11845 W. Olympic Boulevard, Ste. 1245
Los Angeles, CA 90064

E. & J. Gallo Winery
Barefoot Cellars
Attention: Richard Grey
600 Yosemite Boulevard
Modesto, CA 05354

Gatorade
555 West Monroe, Ste. 10-2
Chicago, IL 60661

Jason Whitney Hodell
300 Gold Brush Way
Pasadena, MD 21122

John Paul Mitchell Systems
20705 Centre Pointe Parkway
Santa Clarita, Ca 91350

KFC National Council And Advertising
Cooperative, Inc.
Attention: Alan Forsythe
1941 Bishop Lane, Suite 1000
Louisville, KY 40218
Louisiana Transportation Inc.
7800 East Little York, Ste B
Houston, TX 77016

Murphy Productions, Inc
20351 Irvine Avenue, Ste. C-5
Newport Beach, CA  92660

Ontario/Acacia Investors
c/o Ruby Management Company
11845 W. Olympic Boulevard, Ste. 1200
Los Angeles, CA  90064

Pernod Ricard USA
401 Park Avenue South, 7th Floor
New York, NY  10016

RJSM Partners, LLC
660 Madison Avenue, 17th Floor
New York, NY  10065

Rockstar, Inc.
Agent for Service of Process
101 Convention Center Drive, Ste. 700
Las Vegas, NV  89109

Sierra Wireless America
2200 Faraday Avenue, Suite 150
Carlsbad, CA 92008

Rockstar, Inc.
Agent for Service of Process (CA)
1395 Garden Hwy, Ste. 100
Sacramento, CA  95833

United Site Services, Inc.
Agent for Service of Process
c/o CT Corporation Services, Inc.
111 eighth Avenue
New York, NY  10011

Rockstar, Inc.
P.O. Box 27740
Las Vegas, NV  89126

United Site Services, Inc.
Kevin P. Bruce, CEO
200 Freiberg Parkway
Westborough, Massachusetts, 01581

U.S. Marketing & Promotions Agency
4721 Alla Road
Marina del Rey, CA  90292

***US Bankruptcy Court***
Central District of Los Angeles
Los Angeles Division
Attn:  Honorable Sheri Bluebond Chamber
255 East Temple Street, Courtroom 1475
Los Angeles, CA  90012